UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 00-6069-Civ-Davis/Brown

MOSES HOPE,                                )
                                           )
                Plaintiff,                 )
                                           )
        v.                                 )
                                           )
DAVID STRAUSS, individually,               )
ANTHONY FERNANDEZ, individually,           )
and the CITY OF HOLLYWOOD, a               )
Florida Municipal corporation              )
                                           )
                Defendants.                )
_____)

**NIGHT BOX**
**FILED**

F__  /  ·__

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF VAN MOOR
TO RESPOND TO DEFENDANT CITY OF HOLLYWOOD'S
MOTION TO DISMISS**

COMES NOW Plaintiff, Moses Hope, by and through his undersigned attorney, with the

agreement and consent of counsel for Defendant City of Hollywood, and pursuant to the Federal

Rules of Civil Procedure, requests an extension of time to respond to Defendant City of

Hollywood's Motion to Dismiss dated January 24, 2000, and in support thereof, states the

following:

1.      This is an action arising under 42 U.S.C. § 1983 and state law, as the result of the

arrest of Plaintiff on September 17, 1995.

2.      The undersigned leaves for a previously scheduled one (1) week vacation starting

February 5, 2000, and has been unable to respond to Defendant City of Hollywood's Motion to

Dismiss due to a responsive pleading due February 4, 2000 on a motion for summary judgment,



in an unrelated action presently pending in the United States District Court for the Southern District of Florida, to wit: Arthur VanMoor v. Casimiro Navarro, individually, and Ken Jenne, as Sheriff of Broward County, Florida, Case No.: 99-6672-Civ-Moore/O'Sullivan

3.   A responsive pleading is due in this matter on or about February 11, 2000.

4.   There have been no prior requests for an extension of time.

5.   The undersigned is authorized to represent that Tamatha S. Alvarez, Esq., attorney for Defendant City of Hollywood, has no objection to this Honorable Court extending the deadline for Plaintiff's response until February 18, 2000.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court find good cause for the entry of an Order granting Plaintiff an extension of time until February 18, 2000, to respond to Defendant City of Hollywood's Motion to Dismiss.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to **Tamatha S. Alvarez, Esq.**, Attorney for Defendant City of Hollywood, Assistant City Attorney, City of Hollywood, 2600 Hollywood Boulevard, Suite 407, Hollywood, FL 33020, and **Mr. Bruce Jolly, Esq.**, Attorney for Defendants Strauss and Fernandez, Purdy, Jolly, Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316, and, this _7_ day of February, 2000.

HUGH L. KOERNER, P.A.
Attorney for Plaintiff
100 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954) 522-1235
(954) 522-1176 (Fax)

By: _____
Hugh L. Koerner
Florida Bar No.: 716952