UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6069-CIV-DAVIS/BROWN

MOSES HOPE,

      Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually,
CITY OF HOLLYWOOD, FLORIDA,

      Defendants.
_____/


FILED by _____ D.C.
FEB 7 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER REQUIRING JOINT SCHEDULING REPORT
AND PROPOSED ORDER**

THIS MATTER is before the Court *sua sponte*. Pursuant to Fed. R. Civ. P. 16 and S.D. Fla. LR. 16.1(B), it is

ORDERED AND ADJUDGED that counsel for all parties are directed to meet and thereafter to file a Scheduling Report of Scheduling Meeting and a Joint Proposed Scheduling Order within twenty (20) days of the date of this Order.

In addition to the requirements of S.D. Fla. LR. 16.1(B)(7), the Scheduling Report shall contain:

    1. a brief statement outlining the nature of the action;

    **2. a statement of whether the case is jury or non-jury;**

    3. a factual summary of Plaintiff's claim; and

    4. a factual summary of Defendant's case.

Upon receipt of the Scheduling Report and Joint Proposed Scheduling Order, the Court will set a trial date for this cause. **Stamped, addressed envelopes** should accompany the Scheduling Report and Proposed Order.


#6
#A

   Failure to comply with this Order and the requirements of S.D. Fla. LR. 16.1(B) and Fed. R. Civ. P. 16 "will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment." S.D. Fla. LR. 16.1(M). Should any party refuse to meet or otherwise comply with this Order, the remaining party or parties should nevertheless comply to the best of their ability under the circumstances, and submit the Scheduling Report and Proposed Scheduling Order, as well as a Motion for Sanctions pursuant to S.D. Fla. LR. 16.1(M).

   DONE AND ORDERED in Chambers, Miami, Florida, this 5th day of February, 2000.

                    EDWARD B. DAVIS
                    CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to:

Hugh L. Koerner
100 Southeast 6th Street
Ft. Lauderdale, FL  33301

Bruce W. Jolly
Purdy Jolly Giuffreda
1322 Southeast 3rd Avenue
Ft. Lauderdale, FL  33316

Daniel L. Abbott
City of Hollywood
2600 Hollywood Boulevard
Suite 405, P.O. Box 229045
Hollywood, FL  33022-9045