UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 00-6069-Civ-Davis/Brown

MOSES HOPE,                                     )
                                                )
       Plaintiff,                             )
                                                )
v.                                              )
                                                )
DAVID STRAUSS, individually,                    )
ANTHONY FERNANDEZ, individually,                )
and the CITY OF HOLLYWOOD, a                    )
Florida Municipal corporation                   )
                                                )
       Defendants.                            )
_____)

FILED by _____ D.C.

FEB 9 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER ON AGREED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** having come before the Court upon Plaintiff Moses Hope's motion for an extension of time to respond to Defendant City of Hollywood's Motion to Dismiss, and the Court being advised that Defendants City of Hollywood has no objection to the granting of plaintiff's motion, and otherwise being fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** as follows:

Plaintiff's motion for an extension of time to respond to Defendant City of Hollywood's Motion to Dismiss is hereby **GRANTED**. Plaintiff Moses Hope shall file his response to Defendant City of Hollywood's Motion to Dismiss on or before February 18, 2000.



**DONE AND ORDERED** in Chambers at the United States District Courthouse, Miami, Florida, this 9th day of February, 2000.

_____
Edward B. Davis
Chief U.S. District Court Judge

Copies furnished:
Hugh L. Koerner, Esq.
Tamatha S. Alvarez, Esq.
Bruce W. Jolly, Esq.