UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MOSES HOPE,

    Plaintiff,

v.

DAVIS STRAUSS, individually,
ANTHONY FERNANDEZ, individually,
And the CITY OF HOLLYWOOD, a
Florida Municipal Corporation,

    Defendants.

Case No. 00-6069

Civ - DAVIS

Magistrate Judge Brown

### CITY OF HOLLYWOOD'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

COMES NOW, the CITY OF HOLLYWOOD ("Hollywood"), by and through its undersigned attorneys, and files this reply to Plaintiff's response to Defendant's Motion to Dismiss, and in support thereof states:

Plaintiff is arguing that someone in a supervisory position who fails to prevent a subordinate from committing an intentional tort is liable for negligent supervision. Plaintiff fails to cite any case law to support this position, presumably because none exists. Additionally, no case law is cited for the proposition that even a midlevel manager is liable for negligent supervision of subordinates who commit intentional torts. The noticeable absence of case law to support this position leads one to conclude that this is not the law.

If this Court were to adopt Plaintiff's position, the sovereign immunity provisions of Florida Statute §768.28 would fly out the window. Plaintiff's theory would hold all

1

government employees in a supervisory position liable when they fail to prevent a subordinate from committing an intentional tort. Florida Statute §768.28 was not created for the purpose of holding a municipality liable for negligence predicated on an intentional act, it was created to hold government entities liable for the negligent acts of its employees.

Plaintiff's unsupported argument is a last ditch effort to circumvent the intentional tort exception of §768.28.

WHEREFORE, the City of Hollywood respectfully requests that this Honorable Court dismiss Counts II and III of Plaintiff's Complaint.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st day of March, 2000 to Hugh L. Koerner, Esquire, 100 SE 6th St., Ft. Lauderdale, FL 33301 and Brucy Jolly, Esquire, Purdy, Jolly & Guiffreda, 1322 S.E. Third Ave., Ft. Lauderdale, FL 33316.

Respectfully submitted,

DANIEL L. ABBOTT, CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard, Suite 407
Hollywood, Florida 33020
Telephone: (954) 921-3435
Telecopier: (954) 921-3081

By: *[signature]*
Tamatha S. Alvarez
Assistant City Attorney
Fla. Bar No.: 0151467

2