UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MOSES HOPE,  CASE NO: 00-6069 CIV-DAVIS

    Plaintiff,

v.

DAVID STRAUSS, individually
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD,
Florida municipal corporation

    Defendant.
_____/



### NOTICE OF UNAVAILABILITY

Please take notice that the undersigned, Tamatha S. Alvarez, will be unavailable for the scheduling of hearings, depositions, mediations and/or other events in the above-captioned matter on Thursday, May 18, 2000 through Tuesday, May 23, 2000, and request that no events in this matter be scheduled for these dates.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail this 4th day of April 2000, to Hugh L. Koerner, Esq., Hugh L. Koerner, P.A., 100 S.E. Sixth Street, Ft. Lauderdale, FL 33301 and Bruce Jolly, Esq., Purdy, Jolly & Giuffreda, 1322 Southeast 3rd Avenue, Ft. Lauderdale, FL 33316.

    Respectfully submitted,

    DANIEL L. ABBOTT, CITY ATTORNEY
    City of Hollywood
    2600 Hollywood Boulevard, Suite 407
    Hollywood, Florida 33020
    Telephone: (954) 921-3435
    Telecopier: (954) 921-3081

    By: _TS Alvarez_
    Tamatha S. Alvarez
    Assistant City Attorney
    Fl. Bar No. 0151467

