UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6069-CIV-DAVIS/BROWN

MOSES HOPE,

       Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually,
CITY OF HOLLYWOOD, FLORIDA,

       Defendants.
_____/



FILED by __ D.C.
APR 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.· MIAMI

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with James McCauley, Mediation Inc.,

(Address) 100 SE 3 Ave., Ft. Lauderdale, FL 33394,

Telephone Number) 954-764-1000,

on January 4, 2001, at 10:00 A.M., at Mediation, Inc, Ft. Lauderdale, Florida.

ENTERED this 21st day of April, 2000.

EDWARD B. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished to:

Hugh L. Koerner
100 Southeast 6th Street
Ft. Lauderdale, FL 33301

Bruce W. Jolly
Purdy Jolly Giuffreda
1322 Southeast 3rd Avenue
Ft. Lauderdale, FL 33316

Daniel L. Abbott
City of Hollywood
2600 Hollywood Boulevard
Suite 405, P.O. Box 229045
Hollywood, FL 33022-9045

