UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CIV-DAVIS

MOSES HOPE,

    Plaintiff,

vs.

DAVID STRAUSS, individually, et al.,

    Defendants.
_____/



## MOTION TO TAKE DEPOSITION OF A PERSON CONFINED IN PRISON
## (AND MEMORANDUM OF LAW)

Defendants, DAVID STRAUSS and ANTHONY FERNANDEZ, through their undersigned attorneys, pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, file this their Motion to Take Deposition of a Person Confined in Prison, and in support thereof would allege as follows:

1. That Plaintiff is a prison inmate housed by the Florida Department of Corrections at the correctional facility known as Dade Correctional Institute/Annex, located in Miami, Florida.

2. That Defendants, contemporaneous with the preparation and filing of this Motion has filed a Notice of Taking Deposition, scheduling the Plaintiff's deposition at his place of incarceration. However, before such deposition may be conducted, the applicable Federal Rule of Civil Procedure requires leave of court.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter its Order permitting the deposition of the Plaintiff, MOSES HOPE, Inmate No. 095914.

1



Further, and in support of this Motion to Take Deposition of a Person Confined in Prison, Defendants would refer this Honorable Court to the Memorandum of Law attached hereto and by reference made a part hereof.

### MEMORANDUM OF LAW

Rule 30(a) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> "The deposition of a person confined in prison may be taken only by leave of court on such terms as the court prescribes."

Plaintiff is currently within the custody of the Florida Department of Corrections, assigned for housing at Dade Correctional Institute/Annex located in Miami, Florida. As such, he is a person confined in prison. As the Rule provides, a deposition of Plaintiff may be taken only with leave of court.

Attached to the Motion is a photocopy of the Notice of Taking Deposition, scheduling Plaintiff's deposition for the date, time and location as reflected thereon, subject to approval by this Court. The deposition, if permitted, will be coordinated through the administration office for the correctional facility. The date and time for the deposition have been chosen upon the assumption that sufficient advance notice must be provided to allow for review by this Court of the application so as to allow advance notice to the institution so as to minimize security disruption, etc. and so as to not conflict with now pending trials in which undersigned counsel is a participant as attorney of record.

The Motion to Take Deposition of a Person Confined in Prison should be granted.

**I HEREBY CERTIFY** that a copy of the foregoing was mailed this 15th day of May, 2000, to: HUGH L. KOERNER, Esquire, attorney for Plaintiff, 100 S.E. 6th Street, Fort Lauderdale, Florida 33301; and DANIEL L. ABBOTT, City Attorney, 2600 Hollywood Boulevard, Room 407, Hollywood, Florida 33020.

> PURDY, JOLLY & GIUFFREDA, P.A.
> Attorneys for Defendants STRAUSS & FERNANDEZ
> 1322 S.E. Third Avenue
> Fort Lauderdale, Florida 33316
> Telephone (954) 462-3200
>
> BY _____
> BRUCE W. JOLLY
> Fla. Bar No. 203637

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CIV-DAVIS/BROWN

MOSES HOPE,

    Plaintiff,

vs.                          **NOTICE OF TAKING DEPOSITION**

DAVID STRAUSS, individually, et al.,

    Defendants.
_____/

TO: HUGH KOERNER, Esquire, attorney for Plaintiff, 100 S.E. 6th Street, Fort Lauderdale, Florida 33301; and TAMATHA S. ALVAREZ, Esquire, Assistant City Attorney, 2600 Hollywood Boulevard, Room 407, Hollywood, Florida 33020.

**YOU** are hereby notified that the undersigned attorneys will take the deposition of:

| **NAME:** | **DATE AND TIME:** | **PLACE:** |
|---|---|---|
| Moses Hope | July 10, 2000<br>10:00 a.m. | Dade Correctional Institute<br>19000 S.W. 377th Street<br>Florida City, Florida 33034 |

upon oral examination, before the firm of ESQUIRE DEPOSITION SERVICES, Notaries Public, in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or such other purposes as are permitted under the applicable and governing Rules of Court.

1

2

**I HEREBY CERTIFY** that a copy of the foregoing was mailed this _____ day of

_____, 2000, to the above-named addressee(s).

                        PURDY, JOLLY & GIUFFREDA, P.A.
                        Attorneys for Defendants STRAUSS & FERNANDEZ
                        1322 S.E. Third Avenue
                        Fort Lauderdale, Florida 33316
                        Telephone (954) 462-3200

BY_____
                        BRUCE W. JOLLY
                        Fla. Bar No. 203637

cc: Esquire Deposition Services
    Dade Correctional Institute, Attn: Clarence Cryer, Classification Department