UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6069-CIV-DAVIS/BROWN

MOSES HOPE,

        Plaintiff,

v.

DAVID STRAUSS, et al.,

        Defendants.
_____/



FILED by _____ D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, all discovery matters, including Defendant's Motion to Take Deposition of a Person Confined in Prison (filed May 17, 2000), are hereby referred to United States Magistrate Judge Brown to take all necessary and proper action as required by law.

DONE AND ORDERED in Chambers in Miami, Florida this ____ day of May, 2000.

                                              EDWARD B. DAVIS
                                              CHIEF UNITED STATES DISTRICT JUDGE

cc:
Hugh L. Koerner
100 SE 6th Street
Fort Lauderdale, FL 33301

Daniel L. Abbott
City Attorney
2600 Hollywood Boulevard
Hollywood, FL 33020

Bruce W. Jolly
Purdy, Jolly & Giuffreda, P.A.
1322 SE Third Avenue
Fort Lauderdale, FL 33316

