00-6069.oa

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6069-CIV-DAVIS WDF

MOSES HOPE,

    Plaintiff,

vs.

DAVID STRAUSS, individually,
et al.,

    Defendant(s).
_____/

FILED by MAG. SEC. D.C.
JUN 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER GRANTING MOTION TO TAKE DEPOSITION

**This matter** is before this Court on defendants' Motion to Take Deposition of a Person Confined in Prison..., filed May 17, 2000. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**.

**DONE AND ORDERED** this 19th day of June, 2000 at Miami, Florida.

                                        STEPHEN T. BROWN
                                        U.S. MAGISTRATE JUDGE

cc:    Honorable Edward B. Davis
       Bruce W. Jolly, Esq.
       Hugh L. Koerner, Esq.
       Daniel L. Abbott, Esq.