UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CIV-FERGUSON

MOSES HOPE,

    Plaintiff,

vs.

DAVID STRAUSS, individually, et al.,

    Defendants.
_____/

**RE-NOTICE OF TAKING DEPOSITION**

TO: HUGH KOERNER, Esquire, attorney for Plaintiff, 100 S.E. 6th Street, Fort Lauderdale, Florida 33301; and TAMATHA S. ALVAREZ, Esquire, Assistant City Attorney, 2600 Hollywood Boulevard, Room 407, Hollywood, Florida 33020.

    **YOU** are hereby notified that the undersigned attorneys will take the deposition of:

| NAME: | DATE AND TIME: | PLACE: |
|---|---|---|
| Moses Hope | August 8, 2000<br>10:00 a.m. | Dade Correctional Institute Annex<br>19000 S.W. 377th Street<br>Florida City, Florida 33034 |

upon oral examination, before the firm of ESQUIRE DEPOSITION SERVICES, Notaries Public, in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or such other purposes as are permitted under the applicable and governing Rules of Court.

1

I HEREBY CERTIFY that a copy of the foregoing was mailed this __11th__ day of July, 2000, to the above-named addressee(s).

        PURDY, JOLLY & GIUFFREDA, P.A.
        Attorneys for Defendants STRAUSS &
         FERNANDEZ
        1322 S.E. Third Avenue
        Fort Lauderdale, Florida 33316
        Telephone (954) 462-3200

BY _____
        BRUCE W. JOLLY
        Fla. Bar No. 203637

cc: Esquire Deposition Services
    Dade Correctional Institute Annex, Attn: Glenda Nelson,
      Classification Department