UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUG 2 1 2000

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

1. Case No. _00-6069_  Date: _8/21/00_
2. Style _Hope v. David Strauss_
3. Plaintiff's Counsel: _H. Koerner_
4. Defendant's Counsel: _B. Jolly_
5. Type of Proceeding: _Status Conf._
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes _T.P. will be March 12, 2001._
_Court will dispense with mediation and not order it._

Law Clerk:    Derek Lewis

Courtroom Deputy:    Troy Walker

Courtroom Reporter:    Paul Haferling

