00-6069.rea

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



Case No. 00-6069-CIV-FERGUSON

MOSES HOPE,

    Plaintiff,

vs.

DAVID STRAUSS, individually,
et al.,

    Defendant(s).
_____/

## ORDER OF MAGISTRATE JUDGE REASSIGNMENT

In accordance with Administrative Order No. 99-27 the undersigned has reviewed the file in the above styled case and has determined that the case should be reassigned to United States Magistrate Judge Lurana Snow. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of the Court shall make such reassignment. It is further

**ORDERED AND ADJUDGED** that all orders of reference entered in the above-styled case remain in full force and effect except that hereafter Magistrate Lurana Snow shall be responsible for acting pursuant to such orders.

**DONE AND ORDERED** at Miami, Florida, this 11TH day of Sept, 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Lurana Snow
Magistrate Judge Stephen T. Brown
All counsel of record

