UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CIV-FERGUSON

MOSES HOPE,

    Plaintiff,

vs.

DAVID STRAUSS, individually, et al.,

    Defendants.

**NOTICE OF TAKING DEPOSITION**
**(MAIL-IN)**

_____/

TO: HUGH KOERNER, Esquire, attorney for Plaintiff, 100 S.E. 6th Street, Fort Lauderdale, Florida 33301; and DANIEL L. ABBOTT, Esquire, City Attorney, 2600 Hollywood Boulevard, Room 407, Hollywood, Florida 33020.

    **YOU** are hereby notified that the undersigned attorneys will take the deposition of:

| NAME: | DATE AND TIME: | PLACE: |
|---|---|---|
| Frank Carbone & Associates | October 25, 2000<br>9:00 a.m. | Purdy, Jolly & Giuffreda, P.A.<br>1322 S.E. Third Avenue<br>Ft. Lauderdale, Florida 33034 |

upon oral examination, before the firm of ESQUIRE DEPOSITION SERVICES, Notaries Public, in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or such other purposes as are permitted under the applicable and governing Rules of Court.

1




**I HEREBY CERTIFY** that a copy of the foregoing was mailed this 25th day of September, 2000, to the above-named addressee(s).

PURDY, JOLLY & GIUFFREDA, P.A.
Attorneys for Defendants STRAUSS &
 FERNANDEZ
1322 S.E. Third Avenue
Fort Lauderdale, Florida 33316
Telephone (954) 462-3200

BY _____
BRUCE W. JOLLY
Fla. Bar No. 203637

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MOSES HOPE,

  Plaintiff,

**SUBPOENA IN A CIVIL CASE**

V.

DAVID STRAUSS, individually, et al.,

CASE NUMBER:[1] 00-6069-CIV-FERGUSON

  Defendants.

TO: Frank Carbone & Associates, 2125 East Atlantic Boulevard, Pompano Beach, FL

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Purdy, Jolly & Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, Florida 33316 | October 25, 2000<br>9:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified above (list documents or objects): THE ENTIRETY OF THAT FILE MAINTAINED IN CONNECTION WITH THE INVESTIGATION IN RE: STATE V. MOSES HOPE, CASE NO. 95-16310CA10A CONDUCTED ON OR ABOUT 3/31/97, INCLUDING BUT NOT LIMITED TO, INTERVIEW SHEET, LIST OF QUESTIONS ASKED, RAW TEST DATA, REPORT, OPINION, I.E. THE ENTIRE FILE.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| **YOU MAY COMPLY WITH THIS SUBPOENA BY MAILING LEGIBLE COPIES OF THE REQUESTED DOCUMENTS TO UNDERSIGNED IN LIEU OF APPEARANCE AT DEPOSITION BY ON OR BEFORE THE SCHEDULED DEPOSITION DATE. |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]   Attorney for Defendants | September 25, 2000 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
BRUCE W. JOLLY, Esquire, Purdy, Jolly & Giuffreda, P.A., 1322 S.E. Third Avenue,
Fort Lauderdale, Florida 33316   (954) 462-3200

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number