UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MOSES HOPE,                          CASE NO: 00-6069 CIV-FERGUSON

    Plaintiff,

v.

DAVID STRAUSS, individually
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD,
Florida municipal corporation

    Defendant.
_____/



## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned shall be on vacation from the jurisdiction beginning December 21, 2000 through January 2, 2001, and the undersigned would request that no court proceedings or depositions be scheduled during that time in the above-styled case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by U.S. Mail this 25th day of November 2000, to Hugh L. Koerner, Esq., Hugh L. Koerner, P.A., 100 S.E. Sixth Street, Ft. Lauderdale, FL 33301 and Bruce Jolly, Esq., Purdy, Jolly & Giuffreda, 1322 Southeast 3rd Avenue, Ft. Lauderdale, FL 33316.

                                Respectfully submitted,

                                DANIEL L. ABBOTT, CITY ATTORNEY
                                City of Hollywood
                                2600 Hollywood Boulevard, Suite 407
                                Hollywood, Florida 33020
                                Telephone: (954) 921-3435
                                Telecopier: (954) 921-3081

                                By: _____
                                Tracy A. Lyons
                                Assistant City Attorney
                                Fl. Bar No. 0141585