UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MOSES HOPE,  
          Plaintiff,

v.

DAVID STRAUSS, individually,  
ANTHONY FERNANDEZ, individually  
and the CITY OF HOLLYWOOD, a  
Florida Municipal corporation

          Defendants.  
_____/

CASE NO. 00-6069 CIV-Ferguson  
Magistrate Judge Lurana Snow

NIGHT BOX  
FILED  
DEC - 4 2000  
CLARENCE MADDOX  
CLERK, USDC / SDFL / FTL

### CITY OF HOLLYWOOD'S WITNESS LIST

1. Officer Anthony Fernandez  
   City of Hollywood Police Department  
   3250 Hollywood Boulevard  
   Hollywood, FL. 33021

2. Officer David Strauss  
   City of Hollywood Police Department  
   3250 Hollywood Boulevard  
   Hollywood, FL. 33021

3. Officer Wilbur Fernander  
   City of Hollywood Police Department  
   3250 Hollywood Boulevard  
   Hollywood, FL. 33021

4. Officer Richard Truntz  
   City of Hollywood Police Department  
   3250 Hollywood Boulevard  
   Hollywood, FL. 33020

5. Officer Jeffrey Anthony Marano  
   City of Hollywood Police Department  
   3250 Hollywood Boulevard  
   Hollywood, FL 33021

6. Officer Greg Brillant  
   City of Hollywood Police Department  
   3250 Hollywood Boulevard  
   Hollywood, FL 33021

7. Officer Alex Astacio
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

8. Sgt. Bill Wynn, Retired
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

9. K. Bergoff, Esq.
   Assistant State Attorney
   Broward County Courthouse
   201 S.E. 6th Street
   Fort Lauderdale, FL 33301

10. Allen B. Greenspan
    Criminalist, Broward County Sheriff's Office
    Crime Laboratory
    P.O. Box 9506
    Fort Lauderdale, FL 33301

11. Kathleen Skinner
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

12. John E. Countryman, ASAIC
    State Attorney's Office
    201 S. E. 6th Street
    Fort Lauderdale, FL

13. John Patterson, Esq. c/o Wicker Smith
    One East Broward Boulevard
    Fifth Floor
    Fort Lauderdale, FL

14. Audrey Reed, c/o Florida Department of Corrections

15. Mel Standley, Retired
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

16. Darron Castiglione, Retired
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

17. Records Custodian, Clerk of the Circuit Court

18. J. Phillips
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

19. All witnesses listed on the witness list by Plaintiff and Co-Defendant

20. All Rebuttal Witnesses

21. Defendant reserves the right to supplement the witness list

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this ____ day of December, 2000 to the above-named addresses and to: Hugh L. Koerner, Esq. 100 S.E. Sixth Street, Fort Lauderdale, FL 33301 and Bruce W. Jolly, Esquire, Purdy, Jolly & Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316.

Respectfully submitted,

DANIEL L. ABBOTT,
CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard, Suite 407
Hollywood, Florida 33020
Telephone: (954) 921-3435
Telecopier: (954) 921-3081

By: _____
Tracy Lyons
Assistant City Attorney
Fla. Bar No. 0141585