UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MOSES HOPE,                                CASE NO. 00-6069 CIV-Ferguson
                                           Magistrate Judge Lurana Snow

    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD, a
Florida Municipal corporation

    Defendants.
_____/

## CITY OF HOLLYWOOD'S NOTICE OF CONFLICT

The Defendant, the CITY OF HOLLYWOOD, files this Notice of Conflict for the trial period beginning March 12, 2001 through March 23, 2001 with the following.

1. Robert Inman v. City of Hollywood
   Circuit Case No: 99-06008 (25) Judge George Brescher
   Trial Docket: February 25, 2001 through March 16, 2001

2. Gloria Zeichner and Joel Zeichner v. City of Hollywood
   Circuit Case No.: 97-170068 (11) Judge Thomas Lynch
   Trial Docket: February 26, 2001 through March 23, 2001

3. Teresa Breadmore v. City of Hollywood
   Circuit Case No. 99-014615 (08) Judge Leonard Fleet
   Trial Docket: March 5, 2001 through March 23, 2001

4. National Continental Ins. Co. a/s/o Adam Blomberg v. City of Hollywood, et al.
   Circuit Case No. 98-00754 (02) Judge Leonard Stafford
   Trial Docket: March 5, 2001 through March 23, 20001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Conflict has been sent by

U.S. Mail to Hugh L. Koerner, Esquire, Hugh L. Koerner, P.A., 100 Southeast Sixth Street, Fort



CASE NO. 00-6069 CIV-Ferguson

Lauderdale, FL 33301 and Bruce W. Jolly, Esquire, Purdy, Jolly & Giuffreda, P.A., 1322 Southeast Third Avenue, Fort Lauderdale, FL 33316 on this ___4th___ day of December, 2000.

Respectfully submitted,

DANIEL L. ABBOTT,
CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard, Suite 407
Hollywood, Florida 33020
Telephone: (954) 921-3435
Telecopier: (954) 921-3081

By: _____
Robert M. Oldershaw
Chief Litigation Counsel
Fla. Bar No. 0086071

S:hope\notofconflict.doc.sh. 12.04.00