UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

| | |
|---|---|
| MOSES HOPE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DAVID STRAUSS, individually, ANTHONY FERNANDEZ, individually, and the CITY OF HOLLYWOOD, a Florida Municipal corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

**NIGHT BOX
FILED
FEB 2 2001**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO DEFENDANT CITY OF HOLLYWOOD'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** plaintiff Hope, by and through his undersigned attorneys, and with the agreement and consent of Tracy Lyons, Esq., attorney for defendant City of Hollywood, respectfully requests an extension of time until February 16, 2001, for the filing a response to defendant City of Hollywood's motion for summary judgment, and in support thereof, states as follows:

1. This is an action arising under 42 U.S.C. § 1983 and state law, resulting from plaintiff's arrest on September 17, 1995.

2. Defendant City of Hollywood filed their motion for summary judgment January 16, 2001.

3. A response to defendant City of Hollywood's motion for summary judgment is due on or before February 2, 2001.

4. Trial in the above-styled cause is scheduled for the trial period commencing Monday, March 12, 2001. Calendar call is scheduled for March 5, 2001.

5. Plaintiff had insufficient time to prepare a response to defendant City of Hollywood's motion for summary judgment, insofar as the undersigned received an unusually high number of substantive motions between January 11, 2001, and January 16, 2001, specifically:

a). On January 11, 2001, defendant Lopez' motion to dismiss in <u>Michael Smith v. Jonathan Lopez, individually, and Broward County, a political subdivision of the State of Florida</u>, Case No.: 00-7328-Civ-Moreno/Dube´;

b). On January 12, 2001, defendant Broward County's motion to dismiss in <u>Michael Smith v. Jonathan Lopez, individually, and Broward County, a political subdivision of the State of Florida</u>, Case No.: 00-7328-Civ-Moreno/Dube´;

c). On January 11, 2001, defendant City of Hollywood's partial motion for summary judgment in <u>Victor Colon v. Kevin V. Correa, individually, Barry Barnes, individually, and the City of Hollywood, a Florida Municipal corporation</u>, Case No.: 99-6972-Civ-Lenard/Turnoff;

d). On January 16, 2001, defendant City of Hollywood's motion for summary judgment in <u>Moses Hope v. David Strauss, individually, Anthony Fernandez, individually, and the City of Hollywood, a Florida Municipal corporation</u>, Case No.: 00-6069-Civ-Ferguson/Snow;

e). On January 16, 2001, defendant City of Hialeah's motion for summary judgment in <u>Patricia Zaldivar v. Ramiro Del Nodal, John Wall, and the City of Hialeah, a Florida Municipal corporation</u>, Case No. 98-2205-Civ-Huck/Turnoff;

2

f). On January 16, 2001, defendant Del Nodal and defendant Wall's motion for summary judgment in <u>Patricia Zaldivar v. Ramiro Del Nodal, John Wall, and the City of Hialeah, a Florida Municipal corporation</u>, Case No. 98-2205-Civ-Huck/Turnoff.

6. The undersigned is authorized to represent that Tracy Lyons, Esq., Assistant City Attorney, City of Hollywood, has no objection to this Honorable Court granting plaintiff an extension of time to file a response to defendant City of Hollywood's motion for summary judgment until February 16, 2001.

**WHEREFORE**, plaintiff respectfully requests that this Honorable Court find good cause for the entry of an Order granting plaintiff an extension of time until February 16, 2001 to respond to defendant City of Hollywood's motion for summary judgment.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to **Tracy Lyons, Esq.**, attorney for defendant City of Hollywood, Assistant City Attorney, City of Hollywood, 2600 Hollywood Boulevard, Suite 407, Hollywood, FL 33020, and **Bruce W. Jolly, Esq.**, attorney for defendants Strauss and Fernandez, Purdy, Jolly, Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316, this __5__ day of February, 2001.

      HUGH L. KOERNER, P.A.
      Attorney for Plaintiff
      100 S.E. Sixth Street
      Fort Lauderdale, FL 33301
      (954) 522-1235
      (954) 522-1176 (Fax)
      By: _____
      Hugh L. Koerner
      Florida Bar No.: 716952