FILED by _a_ D.C.
FEB 5
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HONORABLE WILKIE D. FERGUSON, JR.**

**CIVIL MINUTES**

1. Case No. _00-6069_  Date: _2/5/01_
2. Style _Hope v. Strauss_
3. Plaintiff's Counsel: _Hugh Koerner_
4. Defendant's Counsel: _Bruce Jolly + Tamatha Alvarez_
5. Type of Proceeding: _Pretrial Conference_
6. Result of hearing:  Motion Granted  Motion Denied
   ☐  ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes
_Court will review motion for summary judgment;_
_get new trial date in ~~the~~ late summer._

_* no mediation order_

Law Clerk: Tori Monroe

Courtroom Deputy: Troy Walker

Courtroom Reporter: Paul Haferling