UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

| | |
|---|---|
| MOSES HOPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID STRAUSS, individually, | ) |
| ANTHONY FERNANDEZ, individually, | ) |
| and the CITY OF HOLLYWOOD, a | ) |
| Florida Municipal corporation, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

FILED by ___ D.C.

FEB 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## Order

**THIS CAUSE** having come before the Court upon plaintiff Hope's motion for an extension of time until February 16, 2001, to respond to defendant City of Hollywood's motion for summary judgment, and the Court being advised that the defendant has no objection to the granting of plaintiff's motion, and otherwise being fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** as follows:

Plaintiff's motion for an extension of time to file a response to defendant City of Hollywood's motion for summary judgment is hereby **GRANTED**. Plaintiff shall file his response to defendant City of Hollywood's motion for summary judgment on or before February 16, 2001.



**DONE AND ORDERED** in Chambers at the United States District Courthouse, Fort Lauderdale, Florida, this ~~~ day of February, 2001.

WILKIE D. FERGUSON, JR.
U.S. District Court Judge

Copies furnished:
Hugh L. Koerner, Esq.
Tracy Lyons, Esq.
Bruce Wallace Jolly, Esq.