UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CIV-FERGUSON

MOSES HOPE,

        Plaintiff,

vs.

DAVID STRAUSS, individually, et al.,

        Defendants.
_____/



## JOINT PRETRIAL STIPULATION

The Plaintiff, MOSES HOPE, and the Defendants, DAVID STRAUSS. ANTHONY FERNANDEZ and the Defendant, CITY OF HOLLYWOOD, through their undersigned attorneys, pursuant to Local Rule 16.1.E of the General Rules for the United States District Court, Southern District of Florida, and the Order Setting Trial Date and Discovery Schedule, which Order was entered on September 6, 2000, file this their Joint Pretrial Stipulation and would state as follows:

## I. SHORT CONCISE STATEMENT OF THE CASE.

The Plaintiff, MOSES HOPE, sues the Defendants, DAVID STRAUSS, ANTHONY FERNANDEZ, and CITY OF HOLLYWOOD, separately asserting claims for violation of civil rights (planting of false evidence causing the institution of a criminal prosecution, contrary to the Fourth and/or Fourteenth Amendments of the United States Constitution), and state tort claims of negligent supervision and malicious prosecution. The claims relate to the circumstances of the arrest of Plaintiff on September 17, 1995, for the criminal offense of possession of cocaine, and subsequent prosecution stemming from that arrest, which arrest occurred within the City of Hollywood, Broward County, Florida.

The individual Defendants, STRAUSS and FERNANDEZ, and the Defendant. CITY, deny allegations of wrongdoing which Plaintiff HOPE has asserted, and each individual Defendant has

1

specifically asserted that he is entitled to the defense of qualified immunity. The Defendant CITY has additionally specifically asserted that it is entitled to the defense of sovereign immunity. All Defendants assert that the law enforcement action, at all times, was supported by probable cause.

## II. BASIS OF FEDERAL JURISDICTION.

This Court has jurisdiction of this matter pursuant to Title 28 U.S.C. §1331, Title 28 U.S.C. §1343 and Title 28 U.S.C. §1367.

## III. PLEADINGS RAISING THE ISSUES.

a. Complaint (filed in the Circuit Court on September 15, 1999, removed to the United States District Court, Southern District of Florida, on January 3, 2000);

b. Answer/Affirmative Defenses (Defendant Strauss) dated January 19, 2000;

c. Answer/Affirmative Defenses (Defendant Fernandez) dated January 19, 2000;

d. City of Hollywood's Answer and Affirmative Defenses to Complaint dated January 8, 2001.

## IV. UNDISPOSED OF MOTIONS OR OTHER MATTERS REQUIRING ACTION BY THE COURT.

a. Defendant City of Hollywood's Motion for Summary Judgment.

## V. CONCISE STATEMENT OF UNCONTESTED FACTS WHICH REQUIRE NO PROOF AT TRIAL.

a. That the Plaintiff is a citizen and resident of the United States of America;

b. That the Defendant STRAUSS, at the time of the arrest and detention of Plaintiff, was employed by the City of Hollywood as a police officer;

c. That the Defendant FERNANDEZ, at the time of the arrest and detention of Plaintiff, was employed by the City of Hollywood as a police officer;

d. That the Defendant CITY is a Florida corporation organized and existing under the laws of the State of Florida located in Broward County, Florida;

2

e. That the Plaintiff MOSES HOPE was arrested on or about September 17, 1995, at or about 1811 hours at the location of 224 Sims Street, Hollywood, Broward County, Florida, for the criminal offense of possession of cocaine with the intent to deliver, contrary to Section 893.13(1), Florida Statutes (1995).

## VI. STATEMENT IN REASONABLE DETAIL OF ISSUES OF FACT WHICH REMAIN TO BE LITIGATED AT TRIAL.

A. Whether any Defendant caused Plaintiff's civil rights, protected by the Fourth Amendment to the United States Constitution, to be violated (i.e., whether any Defendant caused false evidence to be planted resulting in the initiation of a criminal prosecution).

B. Whether, if Plaintiff's civil rights were violated, such violation is related to a policy, practice, or custom instituted by the Defendant, City of Hollywood.

C. Whether the Defendant, City of Hollywood, owed a duty to the Plaintiff regarding the hiring, retention or supervision of the Defendants, STRAUSS and FERNANDEZ, and, if so, whether such duty was breached.

D. Whether the Plaintiff was maliciously prosecuted.

E. Whether any Defendant caused Plaintiff to be maliciously prosecuted.

F. Whether the Plaintiff has sustained any compensatory damages and, if so, the amount of such damages.

G. Whether the Plaintiff is entitled to an award of punitive damages and, if so, the amount of such damages.

H. Whether the arrest and prosecution of Plaintiff, MOSES HOPE, was supported by probable cause.

I. Whether the Defendant, CITY OF HOLLYWOOD, is entitled to sovereign immunity on any or all of the claims brought against it;

3

J. Whether any of the individual Defendants are entitled to qualified immunity on any claim of civil rights violation; Plaintiff, MOSES HOPE, does not agree that this is a proper issue of fact which remains to be litigated at trial;

K. Whether, and to what extent, the Plaintiff's own conduct contributed to injuries, if any, that he allegedly received;

## VII.  CONCISE STATEMENT OF ISSUES OF LAW IN WHICH THERE IS AGREEMENT.

None.

## VIII.  CONCISE STATEMENT OF ISSUES OF LAW WHICH REMAIN FOR DETERMINATION BY THE COURT.

A. Whether any Defendant caused Plaintiff's civil rights, protected by the Fourth Amendment to the United States Constitution, to be violated (i.e., whether any Defendant caused false evidence to be planted resulting in the initiation of a criminal prosecution).

B. Whether, if Plaintiff's civil rights were violated, such violation is related to a policy, practice, or custom instituted by the Defendant, City of Hollywood.

C. Whether the Defendant, City of Hollywood, owed a duty to the Plaintiff regarding the hiring, retention or supervision of the Defendants, STRAUSS and FERNANDEZ, and, if so, whether such duty was breached.

D. Whether the Plaintiff was maliciously prosecuted.

E. Whether any Defendant caused Plaintiff to be maliciously prosecuted.

F. Whether the Plaintiff has sustained any compensatory damages and, if so, the amount of such damages.

G. Whether the Plaintiff is entitled to an award of punitive damages and, if so, the amount of such damages.

H. Whether the arrest and prosecution of Plaintiff, MOSES HOPE, was supported by probable cause.

4

I. Whether the Defendant, CITY OF HOLLYWOOD, is entitled to sovereign immunity on any or all of the claims brought against it;

J. Whether any of the individual Defendants are entitled to qualified immunity on any claim of civil rights violation; Plaintiff, MOSES HOPE, does not agree that this is a proper issue of fact which remains to be litigated at trial;

K. Whether, and to what extent, the Plaintiff's own conduct contributed to injuries, if any, that he allegedly received;

## IX. NUMBERED LIST OF TRIAL EXHIBITS/OTHER THAN IMPEACHMENT EXHIBITS.

a. See Plaintiff's Exhibit List filed contemporaneous with the filing of this Joint Pretrial Stipulation.

b. See Defendant's CITY OF HOLLYWOOD'S Exhibit List

attached.

c. See Defendants, STRAUSS and FERNANDEZ, Exhibit List

attached.

## X. NUMBERED LIST OF TRIAL WITNESSES AND ADDRESSES, IF KNOWN:

a. See Plaintiff's Witness List attached.

b. See Defendant CITY OF HOLLYWOOD'S Witness List attached.

c. See Defendants, STRAUSS and FERNANDEZ, Witness List

attached.

## XI. ESTIMATED TIME FOR TRIAL.

The parties estimate that a trial by jury will require three (3) trial days.

## XII. ESTIMATED ATTORNEYS' FEES SOUGHT.

Plaintiff seeks an award of attorneys' fees pursuant to Title 42 U.S.C. §1988 against the Defendants STRAUSS and FERNANDEZ, only. No claim for attorneys' fees is made as against the

5

Defendant CITY since no civil rights claim is asserted against it. Fees claimed accrued to this date approximate 80 hours at $250.00 per hour. The Defendants contend that no award of attorneys' fees is proper in this cause as no claim for civil rights violation can or will be successfully prosecuted. However, in the event that the civil rights cause of action is successful, the Defendants suggest that the reasonable attorneys' fee not accrue at a rate in excess of $150.00 per hour. The Defendants contend that they, in the event that they are successful in defense of this claim, are entitled to an attorneys' fee and would seek such an award pursuant to Title 42 U.S.C. §1988, which fee should be determined by the Court.

DATED this _____ day of February, 2001.

HUGH L. KOERNER, P.A.
Attorney for Plaintiff
100 S.E. 6th Street
Ft. Lauderdale, Florida 33301
(954) 522-1255

By_____
HUGH L. KOERNER
Fla. Bar No. 716952

PURDY, JOLLY & GIUFFREDA, P.A.
Attorneys for Defendants,
STRAUSS and FERNANDEZ
1322 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
(954) 462-3200

By_____
BRUCE W. JOLLY
Fla. Bar No. 203637

DANIEL L. ABBOTT, CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard, #407
Hollywood, Florida 33020
(954) 921-3435

By_____
TRACY LYONS
Fla. Bar No. 0141585

6

## DEFENDANTS' FERNANDEZ & STRAUSS TRIAL WITNESS LIST

1. Defendant, Anthony Fernandez, c/o City of Hollywood Police Department;

2. Defendant, David Strauss, c/o City of Hollywood Police Department;

3. Officer Wilber Fernander, c/o City of Hollywood Police Department;

4. Officer Richard Truntz, c/o City of Hollywood Police Department;

5. Officer Jeffrey A. Marano, c/o City of Hollywood Police Department;

6. Officer Greg Brillant, c/o City of Hollywood Police Department;

7. Officer Alex Astacio, c/o City of Hollywood Police Department;

8. Sgt. Bill Wynn (Retired), c/o City of Hollywood Police Department;

9. K. Bergoff, Esquire, Assistant State Attorney, Broward County Courthouse;

10. Allen B. Greenspan, Criminalist, c/o Broward County Sheriff's Office;

11. Kathleen Skinner, c/o City of Hollywood Police Department;

12. Records Custodian, or designee, Clerk of the Circuit Court, Seventeenth Judicial Circuit, Broward County, Florida;

13. Records Custodian, or designee, Office of the State Attorney, Seventeenth Judicial Circuit, Broward County, Florida;

14. Officer Sue Hayes, c/o City of Hollywood Police Department;

15. John Patterson, Esquire, c/o Wicker Smith, One East Broward Boulevard, 5th Floor, Fort Lauderdale, Florida;

16. Any and all witnesses listed on the Witness List filed by and on behalf of the Plaintiff, Moses Hope;

17. Any and all witnesses listed on the Witness List filed by and on behalf of the co-Defendant, City of Hollywood;

18. Impeachment and rebuttal witnesses, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MOSES HOPE,                                    CASE NO. 00-6069 CIV-Ferguson
                                               Magistrate Judge Lurana Snow

    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD, a
Florida Municipal corporation

    Defendants.
_____/

## CITY OF HOLLYWOOD'S WITNESS LIST

1.    Officer Anthony Fernandez
     City of Hollywood Police Department
     3250 Hollywood Boulevard
     Hollywood, FL. 33021

2.    Officer David Strauss
     City of Hollywood Police Department
     3250 Hollywood Boulevard
     Hollywood, FL. 33021

3.    Officer Wilbur Fernander
     City of Hollywood Police Department
     3250 Hollywood Boulevard
     Hollywood, FL. 33021

4.    Officer Richard Truntz
     City of Hollywood Police Department
     3250 Hollywood Boulevard
     Hollywood, FL. 33020

5.    Officer Jeffrey Anthony Marano
     City of Hollywood Police Department
     3250 Hollywood Boulevard
     Hollywood, FL 33021

6.    Officer Greg Brillant
     City of Hollywood Police Department
     3250 Hollywood Boulevard
     Hollywood, FL 33021

7.      Officer Alex Astacio
        City of Hollywood Police Department
        3250 Hollywood Boulevard
        Hollywood, FL 33021

8.      Sgt. Bill Wynn, Retired
        City of Hollywood Police Department
        3250 Hollywood Boulevard
        Hollywood, FL 33021

9.      K. Bergoff, Esq.
        Assistant State Attorney
        Broward County Courthouse
        201 S.E. 6th Street
        Fort Lauderdale, FL 33301

10.     Allen B. Greenspan
        Criminalist, Broward County Sheriff's Office
        Crime Laboratory
        P.O. Box 9506
        Fort Lauderdale, FL 33301

11.     Kathleen Skinner
        City of Hollywood Police Department
        3250 Hollywood Boulevard
        Hollywood, FL 33021

12.     John E. Countryman, ASAIC
        State Attorney's Office
        201 S. E. 6th Street
        Fort Lauderdale, FL

13.     John Patterson, Esq. c/o Wicker Smith
        One East Broward Boulevard
        Fifth Floor
        Fort Lauderdale, FL

14.     Audrey Reed, c/o Florida Department of Corrections

15.     Mel Standley, Retired
        City of Hollywood Police Department
        3250 Hollywood Boulevard
        Hollywood, FL 33021

16.     Darron Castiglione, Retired
        City of Hollywood Police Department
        3250 Hollywood Boulevard
        Hollywood, FL 33021

17. Records Custodian, Clerk of the Circuit Court

18. J. Phillips
City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

19. All witnesses listed on the witness list by Plaintiff and Co-Defendant

20. All Rebuttal Witnesses

21. Defendant reserves the right to supplement the witness list

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed

this  day of December, 2000 to the above-named addresses and to: Hugh L. Koerner, Esq.

100 S.E. Sixth Street, Fort Lauderdale, FL 33301 and Bruce W. Jolly, Esquire, Purdy, Jolly &

Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316.

Respectfully submitted,

DANIEL L. ABBOTT,
CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard, Suite 407
Hollywood, Florida 33020
Telephone: (954) 921-3435
Telecopier: (954) 921-3081

By: _____
Tracy Lyons
Assistant City Attorney
Fla. Bar No. 0141585

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No : 00-6069-Civ-Ferguson/Snow

MOSES HOPE,                                    )
                                               )
              Plaintiff,                       )
                                               )
       v.                                      )
                                               )
DAVID STRAUSS, individually,                   )
ANTHONY FERNANDEZ, individually,               )
and the CITY OF HOLLYWOOD, a                   )
Florida Municipal corporation,                 )
                                               )
              Defendants                       )
_____)

### PLAINTIFF'S TRIAL WITNESS LIST

1.    Moses Hope DC # 095914
      Dade Correctional Institute
      1900 SW 377 St.
      Dade North Annex
      P.O. Box 349350
      Florida City, FL 33034-0530

2     Anthony Fernandez
      City of Hollywood Police Department
      3250 Hollywood Boulevard
      Hollywood, FL 33021

3     Sgt David Strauss
      City of Hollywood Police Department
      3250 Hollywood Boulevard
      Hollywood, FL 33021

4     Wilbur Fernander
      City of Hollywood Police Department
      3250 Hollywood Boulevard
      Hollywood, FL 33021

5.    Richard Truntz
City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

6.    Sgt. Jeffrey A. Marano
City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

7.    Greg Brillant
City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

8.    Sgt. Bill Wynn, retired
c/o City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

9.    Sgt Darren Castiglione, retired
c/o City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

10.    Officer Astacio
City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

11.    Records Custodian, or designee
City of Hollywood Police Department
3250 Hollywood Boulevard
Hollywood, FL 33021

12.    K. Bergoff, Esq.
Assistant State Attorney
Broward County Courthouse
201 S.E. 6th Street
Fort Lauderdale, FL 33301

13.  Allen B  Greenspan
     Criminalist, Broward County Sheriff's Office
     Crime Laboratory
     Broward County Courthouse
     201 S.E. Sixth Street
     Fort Lauderdale, FL 33301

14   Frank Carbone
     Frank Carbone & Associates
     2125 E. Atlantic Blvd.
     Pompano Beach, FL

15.  Records Custodian, or desginee
     Frank Carbone & Associates
     2125 E. Atlantic Blvd.
     Pompano Beach, FL

16.  A. Randall Haas, Esq.
     Colonial Bank Building
     600 S. Andrews Ave.
     Suite 600
     Ft  Lauderdale, FL 33301

17   Dennis McHugh, Esq.
     Assistant Public Defender
     Broward County Courthouse
     201 S E. Sixth Street
     Fort Lauderdale, FL 33301

18   Wayne Corry, Esq.
     Justice Building
     Suite 200N, Justice Building
     524 S  Andrews Avenue
     Fort Lauderdale, FL 33301

19.  John E. Countryman, Esq.
     Assistant State Attorney
     Broward County State Attorney's Office
     201 S.E. Sixth Street
     Fort Lauderdale, FL 33301

20.     Kristin Kanner, Esq.
        Assistant State Attorney
        Broward County State Attorney's Office
        201 S.E. Sixth Street
        Fort Lauderdale, FL 33301

21.     Terrill Gardner
        Investigator
        Broward County State Attorney's Office
        201 S E Sixth Street
        Fort Lauderdale, FL 33301

22     Raag Singhal, Esq.
        Kaplan & Singhal, P.A.
        1323 Southeast 4th Avenue
        Fort Lauderdale, FL 33316

23     Lisa Todd, Esq
        Assistant State Attorney (retired)
        (home address available upon request)
        c/o Broward County State Attorney's Office
        201 S.E. Sixth Street
        Fort Lauderdale, FL 33301

24.     Pauline Dixon
        City of Hollywood Police Department
        3250 Hollywood Blvd.
        Hollywood, FL 33021

25.     Marlene Beguin
        City of Hollywood Police Department
        3250 Hollywood Blvd.
        Hollywood, FL 33021

26     Karen Byfield
        City of Hollywood Police Department
        3250 Hollywood Blvd.
        Hollywood, FL 33021

27     Kathy Skinner
        City of Hollywood Police Department
        3250 Hollywood Blvd.
        Hollywood, FL 33021

28.    Richard Perritti (retired)
       c/o City of Hollywood Police Department
       3250 Hollywood Blvd.
       Hollywood, FL 33021

29.    Andrew Grieco
       Investigator
       Broward County State Attorney's Office
       201 S E Sixth Street
       Fort Lauderdale, FL 33301

30     Charles I. Kaplan, Esq.
       Kaplan & Singhal, P.A.
       1323 Southeast 4th Avenue
       Fort Lauderdale, FL 33316

31     Records Custodian, or designee
       c/o Scott Schmidt
       Broward County State Attorney's Office
       201 S.E. Sixth Street
       Fort Lauderdale, FL 33301

32     Records Custodian, or designee
       c/o Howard C. Forman,
       Clerk of Court
       Broward County Courthouse
       201 S.E. Sixth Street
       Fort Lauderdale, FL 33301

33     Florine Butler
       359 Phippen Road, #2
       Dania, FL 33004

34     Francis Hope
       218 S.E. 10th Street, #3
       Hallandale, FL 33009

35.    James Christian Borgmann
       Last known address:
       7696 Northwest 5th Street
       Building 2, Apt. 3A
       Plantation, FL

36. Clarence Lewis
Last known address:
2323 McClellan Street, #2
Hollywood, FL

37. Frederick Parrish
Last known address:
822 NW 3rd Street, #8
Dania, FL

38. Edward Ellis Norris
Last known address:
5411 N.W. 24th Street
Lauderhill, FL

39. Larry Medlock
Last known address:
2230 McClellan Street
Hollywood, FL

40. Wayne Collier
Address not known

41. Clifton Sherrod
Address not known

42. Rolisa Davis
Address not known

43. Joe Windham
Address not known

44. Claudia Hubbard
Address not known

45. Pearly May
Address not known

46. "Bob"
Address not known

47. Pinky Reed
Address not known

48. Any/all witnesses listed on defendant Anthony Fernandez' trial witness list.

49.   Any/all witnesses listed on defendant David Strauss' trial witness list

50.   Any/all witnesses listed on defendant City of Hollywood's trial witness list

51.   Impeachment and rebuttal witnesses, if any.

## DEFENDANTS' FERNANDEZ & STRAUSS TRIAL EXHIBIT LIST

1.  Probable Cause Affidavit dated September 17, 1995;

2.  Incident Report for Moses Hope pertaining to arrest of September 17, 1995;

3.  Booking Sheet for Moses Hope pertaining to arrest of September 17, 1995;

4.  Felony Case Filing Recommendation for Moses Hope pertaining to arrest of September 17, 1995;

5.  Criminal Information for Moses Hope pertaining to arrest of September 17, 1995;

6.  Broward County Clerk of Court file for Moses Hope pertaining to arrest of September 17, 1995;

7.  Affidavit for Violation of Probation;

8.  Violation Report Form;

9.  Warrant;

10. Crime Laboratory Analysis Report No. 16461F;

11. State Chemist Form;

12. Property Receipt by David Strauss for off-white rock;

13. Miami Dolphins -- 1995 Schedule;

14. Case No. 84-8426CF10A: Disposition Sheet, Judgment and Sentence pertaining to <u>State of Florida v. Moses Hope</u>;

15. Case No. 86-3397CF10A: Disposition Sheet, Judgment and Sentence pertaining to <u>State of Florida v. Moses Hope</u>;

16. Case No. 86-15280CF10A: Disposition Sheet, Judgment and Sentence pertaining to <u>State of Florida v. Moses Hope</u>;

17. Case No. 86-15959CF10A: Disposition Sheet, Judgment and Sentence pertaining to <u>State of Florida v. Moses Hope</u>;

18. Case No. 88-3797CF10A: Disposition Sheet, Judgment and Sentence pertaining to <u>State of Florida v. Moses Hope</u>;

19. Case No. 88-9673CF10A: Disposition Sheet, Judgment and Sentence pertaining to <u>State of Florida v. Moses Hope</u>;

20. Case No. 88-11139CF10A: Disposition Sheet, Judgment and Sentence pertaining to <u>State of Florida v. Moses Hope</u>;

21.  Case No. 92-18583CF10A: Disposition Sheet, Judgment and Sentence pertaining to State of Florida v. Moses Hope;

22.  Case No. 93-598CF10A: Disposition Sheet, Judgment and Sentence pertaining to State of Florida v. Moses Hope;

23.  Case No. 93-276158CF10A: Disposition Sheet, Judgment and Sentence pertaining to State of Florida v. Moses Hope;

24.  Case No. 95-16310CF10A: Disposition Sheet, Judgment and Sentence pertaining to State of Florida v. Moses Hope;

25.  Case No. 96-3397CF10A: Disposition Sheet, Judgment and Sentence pertaining to State of Florida v. Moses Hope;

26.  Any and all Interrogatories from Moses Hope to City of Hollywood and responses thereto;

27.  Any and all Interrogatories from Moses Hope to David Strauss and responses thereto;

28.  Any and all Interrogatories from Moses Hope to Anthony Fernandez and responses thereto;

29.  Any and all Interrogatories from City of Hollywood to Moses Hope and responses thereto;

30.  Any and all Interrogatories from David Strauss to Moses Hope and responses thereto;

31.  Any and all Interrogatories from Anthony Fernandez to Moses Hope and responses thereto;

32.  Any and all Requests for Production from Moses Hope to City of Hollywood and responses thereto;

33.  Any and all Requests for Production from Moses Hope to David Strauss and responses thereto;

34.  Any and all Requests for Production from Moses Hope to Anthony Fernandez and responses thereto;

35.  Any and all Requests for Production from City of Hollywood to Moses Hope and responses thereto;

36.  Any and all Requests for Production from David Strauss to Moses Hope and responses thereto;

37.  Any and all Requests for Production from Anthony Fernandez to Moses Hope and responses thereto;

38.  Any and all Requests for Admissions from Moses Hope to City of Hollywood and responses thereto;

39.  Any and all Requests for Admissions from Moses Hope to David Strauss and responses thereto;

40.   Any and all Requests for Admissions from Moses Hope to Anthony Fernandez and responses thereto;

41.   Any and all exhibits listed by the Plaintiff, Moses Hope;

42.   Any and all exhibits listed by the co-defendant, City of Hollywood;

43.   Impeachment and rebuttal exhibits, if any.

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

| Trial Exhibit Number | Objection | Date Admitted | Description | Pretrial Exhibit Number |
|---|---|---|---|---|
| 1 | | | Notice of claim letter. | |
| 2 | | | Probable Cause Affidavit dated 17 September 1995 | |
| 3 | | | Incident Report for Moses Hope, arrest 17 September 1995 | |
| 4 | | | Booking Sheet for Moses Hope, arrest 17 September 1995 | |
| 5 | | | Felony Case Filing Recommendation for Moses Hope, for arrest 17 September 1995 | |
| 6 | | | Criminal Information for Moses Hope, for arrest 17 September 1995 | |
| 7 | | | Broward County Clerk of Court file Moses Hope, for arrest 17 September 1995 | |
| 8 | | | Polygraph Agreement and Stipulation for Moses Hope | |
| 9 | | | Affidavit for Violation of Probation | |
| 10 | | | Violation Report Form | |
| 11 | | | Warrant | |
| 12 | | | Grand Jury Subpoena for James Borgmann | |
| 13 | | | Crime Laboratory Analysis Report No. 16461F | |
| 14 | | | State Chemist Form | |
| 15 | | | ASA's handwritten notes w/ caption: "Fernandez" | |
| 16 | | | ASA's handwritten notes w/ caption: "Strauss" | |
| 17 | | | Pre-signed notary page of Anthony Fernandez, executed by Kathleen Skinnner | |
| 18 | | | Property Receipt by David Strauss for off-white rock | |
| 19 | | | Miami Dolphins - 1995 Schedule | |
| 20 | | | Case No. 84-8426CF10A: Disposition sheet, judgment and sentence, State of Florida v. Moses Hope | |

| 21 | | | Case No. 86-3397CF10A: Disposition sheet, judgment and sentence, State of Florida v. Moses Hope | |
| 22 | | | Case No. 86-15280CF10A: Disposition sheet, judgment and sentence, State of Florida v. Moses Hope | |
| 23 | | | Case No. 86-15959CF10A: Disposition sheet, judgment, and sentence, State of Florida v. Moses Hope | |
| 24 | | | Case No 88-9673CF10A. Disposition sheet, judgment, and sentence, State of Florida v. Moses Hope | |
| 25 | | | Case No 88-11139CF10A: Disposition sheet, judgment and sentence, State of Florida v. Moses Hope | |
| 26 | | | Case No. 93-598CF10A: Disposition sheet, judgment and sentence, State of Florida v. Moses Hope | |
| 27 | | | Case No. 93-276158CF10A: Disposition sheet, judgment and sentence, State of Florida v. Moses Hope | |
| 28 | | | Case No. 95-16310CF10A: Disposition sheet, judgment and sentence, State of Florida v. Moses Hope | |
| 29 | | | Case No. 96-3397CF10A: Disposition sheet, judgment and sentence. State of Florida v. Moses Hope | |
| 30 | | | Deposition of David Strauss, State of Florida v. Moses Hope, Case No : 95-16310CF10A | |
| 31 | | | Deposition of David Strauss dated 20 October 2000 | |
| 32 | | | Sworn Statement of Wilbur Fernander, SP-96-11154 | |
| 33 | | | Deposition of Richard Truntz, State of Florida v. Moses Hope. Case No.; 95-16310CF10A | |
| 34 | | | Sworn Statement of Moses Hope, SP-97-03-049 | |
| 35 | | | Sworn Statement of Edward Norris, SP-96-11154 | |
| 36 | | | Deposition of Anthony Fernandez, State of Florida v Moses Hope, Case No.: 95-16310CF10A | |
| 37 | | | Deposition of Anthony Fernandez dated 27 November 2000 | |
| 38 | | | Deposition of Greg Brillant, State of Florida v. Moses Hope, Case No : 95-16310CF10A | |
| 39 | | | Sworn Statement of James Borgmann, SP-97-03-049 | |

| 40 | | | Deposition of Jeffrey Marano, State of Florida v. Moses Hope, Case No ; 95-16310CF10A | |
| 41 | | | Correspondence from Sgt. Bill Wynn to Assistant State Attorney John Countryman, ASAIC, 8 May 1997 | |
| 42 | | | Correspondence from Sgt. Bill Wynn to Assistant State Attorney John Countryman, ASAIC, 8 May 8 1997 | |
| 43 | | | Fax cover sheet from John E. Countryman, ASAIC, to Barbara Duffy, PBA. | |
| 44 | | | Closeout Memo from John E. Countryman to file, dated 16 June 1997 | |
| 45 | | | Incident Report, Case No.: 95-119733, reference arrestee Fredrick Lorenzo Parrish, Edward Norris, and Clarence Lewis | |
| 46 | | | Incident Report, Case No. 95-119732, reference arrestee Larry Medlock | |
| 47 | | | Jury selection form and venire, State of Florida v Moses Hope | |
| 48 | | | Any/all interrogatories from Moses Hope to City of Hollywood and responses thereto | |
| 49 | | | Any/all interrogatories from Moses Hope to David Strauss and responses thereto | |
| 50 | | | Any/all interrogatories from Moses Hope to Anthony Fernandez and responses thereto | |
| 51 | | | Any/all interrogatories from City of Hollywood to Moses Hope and responses thereto | |
| 52 | | | Any/all interrogatories from David Strauss to Moses Hope and responses thereto | |
| 53 | | | Any/all interrogatories from Anthony Fernandez to Moses Hope and responses thereto | |
| 54 | | | Any/all requests for production from Moses Hope to City of Hollywood and responses thereto | |
| 55 | | | Any/all requests for production from Moses Hope to David Strauss and responses thereto | |
| 56 | | | Any/all requests for production from Moses Hope to Anthony Fernandez and responses thereto | |

| 57 | | | Any/all requests for production from City of Hollywood to Moses Hope and responses thereto | |
| 58 | | | Any/all requests for production from David Strauss to Moses Hope David Strauss and responses thereto | |
| 59 | | | Any/all requests for production from Anthony Fernandez to Moses Hope and responses thereto | |
| 60 | | | Any/all requests for admissions from Moses Hope to City of Hollywood and responses thereto | |
| 61 | | | Any/all requests for admissions from Moses Hope to Davis Strauss and responses thereto | |
| 62 | | | Any/all requests for admissions from Moses Hope to Anthony Fernandez and responses thereto | |
| 63 | | | Depositions of Jeffrey Marano in _Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 64 | | | Depositions of Anthony Fernandez in _Dwight Edman v Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 65 | | | Depositions of Kristin Kanner in _Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 66 | | | Deposition of Pauline Dixon in _Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 67 | | | Deposition of Marlene Beguin in _Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 68 | | | Deposition of Karen Byfield in _Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 69 | | | Deposition of David Strauss in _Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 70 | | | Trial testimony, _Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood_, Case No.: 97-06825-Civ-Ferguson/Snow | |

| 71 | | | Statement of Anthony Fernandez dated 12December 1996 from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 72 | | | Statement of Jeffrey Marano dated 12 December 1996 from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 73 | | | Statement of Karen Byfield dated 7 January 1997 from discoveyr in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.. 97-06825-Civ-Ferguson/Snow | |
| 74 | | | Statement of Kathleen Skinner dated 13 January 1997 from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 75 | | | Probable cause affidavit for Dwight Edman from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 76 | | | Incident report, Case No : 96-15708 from discovery in <u>Dwight Edman v Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No : 97-06825-Civ-Ferguson/Snow | |
| 77 | | | Notary page of Tomas Hernandez from discovery in <u>Dwight Edman v Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 78 | | | Notary page of Jeffrey Marano from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No : 97-06825-Civ-Ferguson/Snow | |
| 79 | | | Inter-Office Memorandum dated January 15, 1997, to Sgt. Jeff Marano, from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 80 | | | SAO File -- Prosecutor's Worksheet, <u>State of Florida v Dwight Edman</u> | |

| 81 | | | Inter-Office Memorandum dated January 15, 1997, to Anthony Fernandez, from discovery in Dwight Edman v Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 82 | | | Felony Case filing recommendation dated 2-14-96 from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 83 | | | Telephone message form from Sgt. Marano dated 3-26-96 from discovery in Dwight Edman v Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 84 | | | Telephone message from "Sgt. Ryan" dated 4-29-96 from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 85 | | | Any/all exhibits listed by defendant City of Hollywood | |
| 86 | | | Any/all exhibits listed by defendant David Strauss | |
| 87 | | | Any/all exhibits listed by defendant Anthony Fernandez | |
| 88 | | | Impeachment and rebuttal exhibits, if any | |
| | | | | |