UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

MOSES HOPE, )
)
Plaintiff, )
)
v. )
)
DAVID STRAUSS, individually, )
ANTHONY FERNANDEZ, individually, )
and the CITY OF HOLLYWOOD, a )
Florida Municipal corporation, )
)
Defendants. )
_____ )



## PLAINTIFF'S TRIAL WITNESS LIST

1. Moses Hope DC # 095914
   Dade Correctional Institute
   1900 SW 377 St.
   Dade North Annex
   P.O. Box 349350
   Florida City, FL 33034-0530

2. Anthony Fernandez
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

3. Sgt. David Strauss
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

4. Wilbur Fernander
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

5.  Richard Truntz
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

6.  Sgt. Jeffrey A. Marano
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

7.  Greg Brillant
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

8.  Sgt. Bill Wynn, retired
    c/o City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

9.  Sgt. Darren Castiglione, retired
    c/o City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

10. Andres Astacio
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

11. Det. Smith
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

12. Rick Stone, Chief of Police (retired)
    c/o City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

13. Records Custodian, or designee
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

14. K. Bergoff, Esq.
    Assistant State Attorney
    Broward County Courthouse
    201 S.E. 6th Street
    Fort Lauderdale, FL   33301

15. Allen B. Greenspan
    Criminalist, Broward County Sheriff's Office
    Crime Laboratory
    Broward County Courthouse
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

16. Sal Anzelone
    Broward County Sheriff's Office
    Crime Laboratory
    Broward County Courthouse
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

17. Frank Carbone
    Frank Carbone & Associates
    2125 E. Atlantic Blvd.
    Pompano Beach, FL

18. Records Custodian, or desginee
    Frank Carbone & Associates
    2125 E. Atlantic Blvd.
    Pompano Beach, FL

19. A. Randall Haas, Esq.
    Colonial Bank Building
    600 S. Andrews Ave.
    Suite 600
    Ft. Lauderdale, FL 33301

20. Dennis McHugh, Esq.
    Assistant Public Defender
    Broward County Courthouse
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

21. Wayne Corry, Esq.
    Justice Building
    Suite 200N, Justice Building
    524 S. Andrews Avenue
    Fort Lauderdale, FL 33301

22. Robert Buschel, Esq.
    213 S.E. 8th Street
    Fort Lauderdale, FL 33316

23. John E. Countryman, Esq.
    Assistant State Attorney
    Broward County State Attorney's Office
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

24. Kristin Kanner, Esq.
    Assistant State Attorney
    Broward County State Attorney's Office
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

25. Terrill Gardner
    Investigator
    Broward County State Attorney's Office
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

26. Raag Singhal, Esq.
    Kaplan & Singhal, P.A.
    1323 Southeast 4th Avenue
    Fort Lauderdale, FL 33316

27. Lisa Todd, Esq.
    Assistant State Attorney (retired)
    (home address available upon request)
    c/o Broward County State Attorney's Office
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

28. Pauline Dixon
    City of Hollywood Police Department
    3250 Hollywood Blvd.
    Hollywood, FL 33021

29. Marlene Beguin
    City of Hollywood Police Department
    3250 Hollywood Blvd.
    Hollywood, FL 33021

30. Karen Byfield
    City of Hollywood Police Department
    3250 Hollywood Blvd.
    Hollywood, FL 33021

31. Kathy Skinner
    City of Hollywood Police Department
    3250 Hollywood Blvd.
    Hollywood, FL 33021

32. Richard Perritti (retired)
    c/o City of Hollywood Police Department
    3250 Hollywood Blvd.
    Hollywood, FL 33021

33. Andrew Grieco
    Investigator
    Broward County State Attorney's Office
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

34. Charles I. Kaplan, Esq.
    Kaplan & Singhal, P.A.
    1323 Southeast 4th Avenue
    Fort Lauderdale, FL 33316

35. Records Custodian, or designee
    c/o Scott Schmidt
    Broward County State Attorney's Office
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

36. Records Custodian, or designee
    c/o Howard C. Forman,
    Clerk of Court
    Broward County Courthouse
    201 S.E. Sixth Street
    Fort Lauderdale, FL 33301

37. Florine Butler
    359 Phippen Road, #2
    Dania, FL 33004

38. Francis Hope
    218 S.E. 10th Street, #3
    Hallandale, FL 33009

39. James Christian Borgmann
    Last known address:
    7696 Northwest 5th Street
    Building 2, Apt. 3A
    Plantation, FL

40. Clarence Lewis
    Last known address:
    2323 McClellan Street, #2
    Hollywood, FL

41. Frederick Parrish
    Last known address:
    822 NW 3rd Street, #8
    Dania, FL

42. Edward Ellis Norris
    Last known address:
    5411 N.W. 24th Street
    Lauderhill, FL

43. Larry Medlock
    Last known address:
    2230 McClellan Street
    Hollywood, FL

44. Wayne Collier
    Address not known

45. Clifton Sherrod
    Address not known

46. Rolisa Davis
    Address not known

47. Joe Windham
    Address not known

48. Claudia Hubbard
    Address not known

49. Pearly May
    Address not known

50. "Bob"
    Address not known

51. Pinky Reed
    Address not known

52. Any/all witnesses listed on defendant Anthony Fernandez' trial witness list.

53. Any/all witnesses listed on defendant David Strauss' trial witness list.

54. Any/all witnesses listed on defendant City of Hollywood's trial witness list.

55. Impeachment and rebuttal witnesses, if any.

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

| Trial Exhibit Number | Objection | Date Admitted | Description | Pretrial Exhibit Number |
|---|---|---|---|---|
| 1 | | | Notice of claim letter. | |
| 2 | | | Probable Cause Affidavit dated 17 September 1995 | |
| 3 | | | Incident Report for Moses Hope, arrest 17 September 1995 | |
| 4 | | | Booking Sheet for Moses Hope, arrest 17 September 1995 | |
| 5 | | | Felony Case Filing Recommendation for Moses Hope, for arrest 17 September 1995 | |
| 6 | | | Criminal Information for Moses Hope, for arrest 17 September 1995 | |
| 7 | | | Broward County Clerk of Court file Moses Hope, for arrest 17 September 1995 | |
| 8 | | | Polygraph Agreement and Stipulation for Moses Hope | |
| 9 | | | Affidavit for Violation of Probation | |
| 10 | | | Violation Report Form | |
| 11 | | | Warrant | |
| 12 | | | Grand Jury Subpoena for James Borgmann | |
| 13 | | | Crime Laboratory Analysis Report No. 16461F | |
| 14 | | | State Chemist Form | |
| 15 | | | ASA's handwritten notes w/ caption: "Fernandez" | |
| 16 | | | ASA's handwritten notes w/ caption: "Strauss" | |
| 17 | | | Pre-signed notary page of Anthony Fernandez, executed by Kathleen Skinnner | |
| 18 | | | Property Receipt by David Strauss for off-white rock | |
| 19 | | | Miami Dolphins - 1995 Schedule | |

| | | | | |
|---|---|---|---|---|
| 20 | | | Case No. 84-8426CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 21 | | | Case No. 86-3397CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 22 | | | Case No. 86-15280CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 23 | | | Case No. 86-15959CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 24 | | | Case No. 88-9673CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 25 | | | Case No. 88-11139CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 26 | | | Case No. 88-3797CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 27 | | | Case No. 92-18583CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 28 | | | Case No. 93-598CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 29 | | | Case No. 93-276158CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 30 | | | Case No. 95-16310CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 31 | | | Case No. 96-3397CF10A: Information, probable cause affidavit, disposition sheet, judgment and sentence, <u>State of Florida v. Moses Hope</u> | |
| 32 | | | Deposition of David Strauss, <u>State of Florida v. Moses Hope</u>, Case No.: 95-16310CF10A | |

| 33 | | | Deposition of David Strauss dated 20 October 2000 | |
| 34 | | | Sworn Statement of Wilbur Fernander, SP-96-11154 | |
| 35 | | | Deposition of Richard Truntz, State of Florida v. Moses Hope, Case No.; 95-16310CF10A | |
| 36 | | | Sworn Statement of Moses Hope, SP-97-03-049 | |
| 37 | | | Sworn Statement of Edward Norris, SP-96-11154 | |
| 38 | | | Deposition of Anthony Fernandez, State of Florida v. Moses Hope, Case No.; 95-16310CF10A | |
| 39 | | | Deposition of Anthony Fernandez dated 27 November 2000 | |
| 40 | | | Deposition of Greg Brillant, State of Florida v. Moses Hope, Case No.; 95-16310CF10A | |
| 41 | | | Sworn Statement of James Borgmann, SP-97-03-049 | |
| 42 | | | Deposition of Jeffrey Marano, State of Florida v. Moses Hope, Case No.; 95-16310CF10A | |
| 43 | | | Correspondence from Sgt. Bill Wynn to Assistant State Attorney John Countryman, ASAIC, 8 May 1997 | |
| 44 | | | Dispatch log referenced in correspondence from Sgt. Bill Wynn to Assistant State Attorney John Countryman, ASAIC, 8 May 1997 | |
| 45 | | | Fax cover sheet from John E. Countryman, ASAIC, to Barbara Duffy, PBA. | |
| 46 | | | Closeout Memo from John E. Countryman to file, dated 16 June 1997 | |
| 47 | | | Incident Report, Case No.: 95-119733, reference arrestee Fredrick Lorenzo Parrish, Edward Norris, and Clarence Lewis | |
| 48 | | | Incident Report, Case No.: 95-119732, reference arrestee Larry Medlock | |
| 49 | | | Jury selection form and venire, State of Florida v. Moses Hope | |
| 50 | | | Any/all interrogatories from Moses Hope to City of Hollywood and responses thereto | |

| | | | | |
|---|---|---|---|---|
| 51 | | | Any/all interrogatories from Moses Hope to David Strauss and responses thereto | |
| 52 | | | Any/all interrogatories from Moses Hope to Anthony Fernandez and responses thereto | |
| 53 | | | Any/all interrogatories from City of Hollywood to Moses Hope and responses thereto | |
| 54 | | | Any/all interrogatories from David Strauss to Moses Hope and responses thereto | |
| 55 | | | Any/all interrogatories from Anthony Fernandez to Moses Hope and responses thereto | |
| 56 | | | Any/all requests for production from Moses Hope to City of Hollywood and responses thereto | |
| 57 | | | Any/all requests for production from Moses Hope to David Strauss and responses thereto | |
| 58 | | | Any/all requests for production from Moses Hope to Anthony Fernandez and responses thereto | |
| 59 | | | Any/all requests for production from City of Hollywood to Moses Hope and responses thereto | |
| 60 | | | Any/all requests for production from David Strauss to Moses Hope David Strauss and responses thereto | |
| 61 | | | Any/all requests for production from Anthony Fernandez to Moses Hope and responses thereto | |
| 62 | | | Any/all requests for admissions from Moses Hope to City of Hollywood and responses thereto | |
| 63 | | | Any/all requests for admissions from Moses Hope to Davis Strauss and responses thereto | |
| 64 | | | Any/all requests for admissions from Moses Hope to Anthony Fernandez and responses thereto | |
| 65 | | | Depositions of Jeffrey Marano in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 66 | | | Depositions of Anthony Fernandez in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |

| | | | | |
|---|---|---|---|---|
| 67 | | | Depositions of Kristin Kanner in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 68 | | | Deposition of Pauline Dixon in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 69 | | | Deposition of Marlene Beguin in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 70 | | | Deposition of Karen Byfield in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 71 | | | Deposition of David Strauss in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 72 | | | Trial testimony, <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 73 | | | Statement of Anthony Fernandez dated 12December 1996 from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 74 | | | Statement of Jeffrey Marano dated 12 December 1996 from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 75 | | | Statement of Karen Byfield dated 7 January 1997 from discoveyr in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 76 | | | Statement of Kathleen Skinner dated 13 January 1997 from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 77 | | | Probable cause affidavit for Dwight Edman from discovery in <u>Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood</u>, Case No.: 97-06825-Civ-Ferguson/Snow | |

| | | | | |
|---|---|---|---|---|
| 78 | | | Incident report, Case No.: 96-15708 from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 79 | | | Notary page of Tomas Hernandez from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 80 | | | Notary page of Jeffrey Marano from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 81 | | | Inter-Office Memorandum dated January 15, 1997, to Sgt. Jeff Marano, from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 82 | | | SAO File -- Prosecutor's Worksheet. State of Florida v. Dwight Edman | |
| 83 | | | Inter-Office Memorandum dated January 15, 1997, to Anthony Fernandez, from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 84 | | | Felony Case filing recommendation dated 2-14-96 from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 85 | | | Telephone message form from Sgt. Marano dated 3-26-96 from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 86 | | | Telephone message from "Sgt. Ryan" dated 4-29-96 from discovery in Dwight Edman v. Jeffrey Marano, Anthony Fernanez, and the City of Hollywood, Case No.: 97-06825-Civ-Ferguson/Snow | |
| 87 | | | State Attorney file in the matter styled "Hollywood Street Crimes Unit", SP96-10-141, including transcripts of sworn statements. | |
| 88 | | | FDLE TAR report for Moses Hope from 9/17/95. | |

| | | | | |
|---|---|---|---|---|
| 89 | | | City of Hollywood detention center logs for 9/17/95. | |
| 90 | | | Any/all exhibits listed by defendant City of Hollywood | |
| 91 | | | Any/all exhibits listed by defendant David Strauss | |
| 92 | | | Any/all exhibits listed by defendant Anthony Fernandez | |
| 93 | | | Impeachment and rebuttal exhibits, if any | |
| | | | | |