UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

MOSES HOPE,

    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually,
and the CITY OF HOLLYWOOD, a
Florida Municipal corporation,

    Defendants.

NIGHT BOX
FILED
FEB 16 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO DEFENDANT CITY OF HOLLYWOOD'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** plaintiff Moses Hope, by and through his undersigned attorneys, respectfully requests an extension of time until March 5, 2001, for the filing a response to defendant City of Hollywood's motion for summary judgment, and in support thereof, states as follows:

1. This is an action arising under 42 U.S.C. § 1983 and state law, resulting from plaintiff's arrest on September 17, 1995.

2. Defendant City of Hollywood filed their motion for summary judgment January 16, 2001.

3. A response to defendant City of Hollywood's motion for summary judgment was originally due on or before February 2, 2001. By Order dated February 5, 2001, plaintiff was granted an extension of time to file a response to defendant City of Hollywood's motion for

summary judgment until February 16, 2001.

4.  Plaintiff's original request for an extension of time was necessary as a result of the undersigned receiving a significant number of motions for summary judgment in unrelated cases pending in U.S. District Court. Plaintiff's original request for an extension of time included a detailed list of each of the aforementioned motions for summary judgment.

5.  At the Pretrial Conference conducted on February 5, 2001, this Honorable Court entered an Order continuing the trial in this cause. By subsequent Order filed February 6, 2001, trial in the above styled cause was re-scheduled for July 30, 2001.

6.  As a result of the above-referenced motions for summary judgment in unrelated cases, the undersigned had insufficient time to prepare a response to defendant City of Hollywood's motion for summary judgment by the deadline of February 16, 2001. The last of the aforementioned motions for summary judgment (aside from defendant City of Hollywood's motion for summary judgment) was due February 16, 2001. As of the filing of this motion, the undersigned was still preparing a response to the last of the unrelated motions for summary judgment, with the intention of night box filing that response February 20, 2001.

7.  As of the filing of this motion, the undersigned has been unable to contact Tracy A. Lyons, Esq., Assistant City Attorney, City of Hollywood, for purposes of determining whether defendant City of Hollywood has any objection to the extension of time requested herein. The undersigned agrees to supplement the record upon defendant City of Hollywood advising the undersigned whether they have any objection to this motion for extension of time.

8.  Plaintiff submits that the extension of time requested herein is necessary in the interests of justice, and will not prejudice any party to this cause.

2

9. The undersigned certifies that this motion for extension of time is filed in good faith, and not for the purposes of delay.

**WHEREFORE**, plaintiff respectfully requests that this Honorable Court find good cause for the entry of an Order granting plaintiff an extension of time until March 5, 2001 to respond to defendant City of Hollywood's motion for summary judgment.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to **Tracy Lyons, Esq.**, attorney for defendant City of Hollywood, Assistant City Attorney, City of Hollywood, 2600 Hollywood Boulevard, Suite 407, Hollywood, FL 33020, and **Bruce W. Jolly, Esq.**, attorney for defendants Strauss and Fernandez, Purdy, Jolly, Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316, this 20 day of February, 2001.

> HUGH L. KOERNER, P.A.
> Attorney for Plaintiff
> 100 S.E. Sixth Street
> Fort Lauderdale, FL 33301
> (954) 522-1235
> (954) 522-1176 (Fax)
>
> By: Hugh L. Koerner
> Florida Bar No.: 716952

3