UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

MOSES HOPE, )
)
Plaintiff, )
)
v. )
)
DAVID STRAUSS, individually, )
ANTHONY FERNANDEZ, individually, )
and the CITY OF HOLLYWOOD, a )
Florida Municipal corporation, )
)
Defendants. )
_____)



## PLAINTIFF'S SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO DEFENDANT CITY OF HOLLYWOOD'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** plaintiff Moses Hope, by and through his undersigned attorneys, and in support of plaintiff's motion for an extension of time until March 5, 2001, for the filing a response to defendant City of Hollywood's motion for summary judgment, plaintiff states as follows:

1. On February 21, 2001, Tracy A. Lyons, Esq., attorney for defendant City of Hollywood, advised the undersigned in writing that defendant City of Hollywood has no objection to plaintiff's request for an additional extension of time until March 5, 2001, to file a response to defendant City of Hollywood's motion for summary judgment.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to **Tracy Lyons, Esq.**, attorney for defendant City of Hollywood, Assistant City Attorney, City of Hollywood, 2600 Hollywood Boulevard, Suite 407, Hollywood, FL 33020, and **Bruce W. Jolly,**



Esq., attorney for defendants Strauss and Fernandez, Purdy, Jolly, Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316, this _22_ day of February, 2001.

> HUGH L. KOERNER, P.A.
> Attorney for Plaintiff
> 100 S.E. Sixth Street
> Fort Lauderdale, FL 33301
> (954) 522-1235
> (954) 522-1176 (Fax)
>
> By: _____
> Hugh L. Koerner
> Florida Bar No.: 716952

2