UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6069-CIV-Ferguson/Snow

FLA. BAR NO. 0141585

MOSES HOPE,

    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually,
And the CITY OF HOLLYWOOD, a Florida
Municipal Corporation
    Defendants.
_____/

### DEFENDANT CITY OF HOLLYWOOD'S MOTION TO EXTEND TIME PERIOD TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, City of Hollywood, ("HOLLYWOOD") through its undersigned counsel and pursuant to Rule 7.1(j) of the Federal Rules of Civil Procedure, file this his Motion for an extension of time to file its Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and in support thereof would state as follows:

1.    This is a civil action seeking relief pursuant to 42 U.S.C. § 1983 against HOLLYOOD and for relief pursuant to state law for negligent supervision by HOLLYWOOD.

2.    Defendant, HOLLYWOOD, filed its Motion for Summary Judgment on January 16, 2001.

3.    Plaintiff filed his response in opposition to the Motion for Summary Judgment on March 6, 2001. Said Response was received on March 7, 2001.

1



4.      Defendant's reply and supporting memorandum of law was due on March 19, 2001.

5.      Defendant is requesting a brief extension to reply to the Plaintiff's motion in opposition until April 13, 2001.

6.      The undersigned has been preparing various cases within the City Attorney's office for upcoming trials within the next three-week trial period, and has had an insufficient amount of time to adequately prepare a reply brief to Plaintiff's opposition brief.

7.      The undersigned strongly believes this litigation may be disposed of through summary judgment, and certifies that this motion for extension is filed in good faith and not for purposes of delay or inconvenience and will in no way prejudice any party to this cause. This matter has been continued on the trial calendar and is not scheduled for trial until July 30, 2001.

8.      The undersigned has made a good faith effort to confer with Plaintiff's counsel to inquire whether or not he has any opposition to this extension and I am authorized to inform the Court that counsel has no objection to this request for extension.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court find good cause for the entry of an Order granting the Defendant an extension of time until and including April 13, 2001, to reply to the Plaintiff's Response in opposition of Defendant's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. mail on this the 23 rd day of March 2001 to Hugh L. Koerner, Esq., Attorney for Plaintiff Moses Hope, 100 S.E. Sixth Street, Fort Lauderdale, FL 33301 and Bruce W. Jolly,

Esq., Purdy, Jolly & Giuffreda, Attorneys for Defendant Strauss and Fernandez, 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316.

> Respectfully submitted,
>
> DANIEL L. ABBOTT, CITY ATTORNEY
> City of Hollywood
> 2600 Hollywood Boulevard, Room 407
> Hollywood, FL 33020
> Telephone: (954) 921-3435
> Telecopier: (954) 921-3081
>
> By: *Tracy A. Lyons*
> Tracy A. Lyons
> Assistant City Attorney