IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6069 CIV- Ferguson/Snow

MOSES HOPE,

    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD, a Florida
Municipal corporation,

    Defendants.

_____/

FILED by ___ D.C.

APR 2 2001

## ORDER

THIS CAUSE having come on to be heard on Defendant City of Hollywood's Motion to Extend Time Period to File Reply to Plaintiff's Response in Opposition of Defendant's Motion for Summary Judgment, and the Court being advised in the Premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

__GRANTED.__

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this _2nd_ day of _April_, 2001.

Wilkie D. Ferguson, Jr.
U.S. District Court Judge

Copies furnished to:

Tracy A. Lyons, Esquire
Hugh L. Koerner, Esquire
Bruce W. Jolly, Esquire

