

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

| | |
|---|---|
| MOSES HOPE, | ) |
|           Plaintiff, | ) |
| v. | ) |
| DAVID STRAUSS, individually, ANTHONY FERNANDEZ, individually, and the CITY OF HOLLYWOOD, a Florida Municipal corporation, | ) |
|           Defendants. | ) |

## Order

**THIS CAUSE** having come before the Court upon plaintiff Moses Hope's second motion for an extension of time until March 5, 2001, to respond to defendant City of Hollywood's motion for summary judgment, and the Court having reviewed the motion and being otherwise fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** as follows:

Plaintiff's second motion for an extension of time to file a response to defendant City of Hollywood's motion for summary judgment is hereby **GRANTED**. Plaintiff shall file his response to defendant City of Hollywood's motion for summary judgment on or before March 5, 2001.



**DONE AND ORDERED** in Chambers at the United States District Courthouse, Fort Lauderdale, Florida, this 10th day of February, 2001 (now for 2/20/01).

_____
WILKIE D. FERGUSON, JR.
U.S. District Court Judge

Copies furnished:
Hugh L. Koerner, Esq.
Tracy A. Lyons, Esq.
Bruce Wallace Jolly, Esq.