UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

MOSES HOPE, )
 )
    Plaintiff, )
 )
v. )
 )
DAVID STRAUSS, individually, )
ANTHONY FERNANDEZ, individually, )
and the CITY OF HOLLYWOOD, a )
Florida Municipal corporation )
 )
    Defendants. )
_____)

### PLAINTIFF'S COUNSEL'S MOTION TO BE EXCUSED FROM
### FIRST TWO DAYS OF TRIAL DOCKET COMMENCING JULY 30, 2001

COMES NOW Hugh L. Koerner, Esq., attorney for plaintiff, Moses Hope, and respectfully requests that this Honorable Court enter an Order excusing the undersigned attorney from the first two days of the trial docket commencing July 30, 2001, and in support thereof, states the following:

1. This action is scheduled for the trial docket commencing July 30, 2001.

2. The undersigned is scheduled to compete in the sectional qualifier for the Oldsmobile Scramble golf tournament (a nationwide amateur golf tournament), in Jensen Beach, Florida, commencing July 30, 2001.

3. The undersigned is part of a team of four amateur golfers that won a local qualifier tournament in Fort Pierce, Florida, in June, 2001, thereby earning an invitation to the sectional qualifier scheduled to commence July 30, 2001, in Jensen Beach, Florida. The entire team, along with a PGA Club Professional, are required to compete in the sectional qualifier without substitution



of any player, or the team is disqualified.

4.  The undersigned competes in no other amateur golf tournaments (aside from local *weekend* charity golf tournaments).

5.  On July 12, 2001, the undersigned spoke by telephone with Tracy A. Lyons, Esq., Assistant City Attorney, and Bruce W. Jolly, Esq., attorney for defendants Strauss and Fernandez, and is authorized to represent that the defendants have no objection to the relief requested herein.

**WHEREFORE**, Hugh L. Koerner, Esq., attorney for plaintiff, Moses Hope, respectfully requests that this Honorable Court find good cause for the entry of an Order excusing the undersigned attorney from the first two days of the trial docket commencing July 30, 2001.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to **Tracy A. Lyons, Esq.**, attorney for defendant City of Hollywood, Assistant City Attorney, City of Hollywood, 2600 Hollywood Boulevard, Suite 407, Hollywood, FL 33020, and **Bruce Jolly, Esq.**, attorney for defendants Strauss and Fernandez, Purdy, Jolly, Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316, this 13 day of July, 2001.

> HUGH L. KOERNER, P.A.
> Attorney for plaintiff
> 100 S.E. Sixth Street
> Fort Lauderdale, FL 33301
> (954) 522-1235
> (954) 522-1176 (Fax)
>
> By: _____
> Hugh L. Koerner
> Florida Bar No.: 716952