FILED by __ D.C.

JUL 17 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

MOSES HOPE, )
)
    Plaintiff, )
)
v. )
)
DAVID STRAUSS, individually, )
ANTHONY FERNANDEZ, individually, )
and the CITY OF HOLLYWOOD, a )
Florida Municipal corporation )
)
    Defendants. )
_____)

### Order

**THIS CAUSE** having come before the Court upon the motion of counsel for the plaintiff, Moses Hope, requesting that Hugh L. Koerner, Esq., be excused from the first two days of the trial docket commencing July 30, 2001, and the Court being advised that defendants have no objection to the granting of counsel's motion, and the Court otherwise being fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** as follows:

The motion is hereby **GRANTED**. Hugh L. Koerner, Esq, attorney for plaintiff, Moses Hope, is excused from the first two days of the trial docket commencing July 30, 2001.



**DONE AND ORDERED** in Chambers at the United States District Courthouse, Fort Lauderdale, Florida, this 17th day of July, 2001.

WILKIE D. FERGUSON, JR.
U.S. District Court Judge

Copies furnished:

Hugh L. Koerner, Esq.
Tracy A. Lyons, Esq.
Bruce Wallace Jolly, Esq.