UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6069 CIV-Ferguson/Snow

MOSES HOPE,
    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD, a
Florida Municipal corporation

    Defendants.
_____/



## DEFENDANT CITY OF HOLLYWOOD'S EXHIBIT LIST

1. Plaintiff's Complaint filed September 15, 1999

2. Defendant City of Hollywood Answer and Affirmative Defenses filed January 8, 2001

3. Defendant Anthony Fernandez and David Strauss Answer and Affirmative defenses filed January 19, 2000.

4. All answers to Interrogatories

5. All answers/documents in response to Requests for Production

6. All answers/documents in response to Request for Admissions

7. Deposition transcript of Officer David Strauss and exhibits attached thereto.

8. Deposition transcript of Officer Anthony Fernandez and exhibits attached thereto.

9. Deposition transcript of Moses Hope and exhibits attached thereto.

10. Hollywood Police Department Probable Cause Affidavit dated September 17, 1995.

11. Certified Conviction Record Case Number 86-3397CF

12. Certified Conviction Record Case Number 86-15959CF



13. Certified Conviction Record Case Number 84-8426CF

14. Certified Conviction Record Case Number 88-11139CF10

15. Certified Conviction Record Case Number 88-3979CF10

16. Certified Conviction Record Case Number 86-15280CF

17. Certified Conviction Record Case Number 88-9673CF10

18. Certified Conviction Record Case Number 92-18583CF10A

19. Certified Conviction Record Case Number 93-0598CF10A

20. Certified Conviction Record Case Number 93-276158CF10A

21. Certified Conviction Record Case Number 95-18476CF10A

22. Certified Conviction Record Case Number 95-16310CF10A

23. Certified Conviction Record Case Number 96-3397CF10A

24. Certified Conviction Record Case Number 98-20513CF10A

25. Incident Report for Moses Hope pertaining to the arrest of September 17, 1995

26. Booking Sheet for Moses Hope pertaining to the arrest of September 17, 1995

27. Sworn statement of Moses Hope dated March 31, 1997

28. All records produced pursuant to the Public Records request by Moses Hope dated July 17, 1997

29. Broward County Clerk of Court File for Moses Hope pertaining to the arrest of September 17, 1995

30. Crime Laboratory Analysis Report No.: 16461F

31. State Chemist Form

32. Miami Dolphin 1995 Game Schedule

33. Property Receipt by Officer David Strauss for off-white rock

34. Criminal Information for Moses Hope pertaining to the arrest of September 17, 1995

35. Felony Case Filing Recommendation for Moses Hope pertaining to the arrest of September 17,1995

36. Any and all exhibits listed by the Plaintiff, Moses Hope

37. Any and all exhibits listed by Co-Defendants Strauss and Fernandez

38. Impeachment and rebuttal exhibits, if any.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this 23rd day of July 2001 to the above-named addresses and to: Hugh L. Koerner, Esq. 100 S.E. Sixth Street, Fort Lauderdale, FL 33301 and Bruce W. Jolly, Esquire, Purdy, Jolly & Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316.

Respectfully submitted,

DANIEL L. ABBOTT,
CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard, Suite 407
Hollywood, Florida 33020
Telephone: (954) 921-3435
Telecopier: (954) 921-3081

By: *Tracy A. Lyons*
Tracy Lyons
Assistant City Attorney
Fla. Bar No. 0141585

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6069 CIV-Ferguson/Snow

MOSES HOPE,
    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD, a
Florida Municipal corporation

    Defendants.
_____/

### CITY OF HOLLYWOOD'S WITNESS LIST

1. Officer Anthony Fernandez
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL. 33021

2. Officer David Strauss
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL. 33021

3. Officer Wilbur Fernander
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL. 33021

4. Officer Richard Truntz
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL. 33020

5. Officer Jeffrey Anthony Marano
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

6. Officer Greg Brillant
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

7. Officer Alex Astacio
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

8. Sgt. Bill Wynn, Retired
   City of Hollywood Police Department
   3250 Hollywood Boulevard
   Hollywood, FL 33021

9. K. Bergoff, Esq.
   Assistant State Attorney
   Broward County Courthouse
   201 S.E. 6th Street
   Fort Lauderdale, FL 33301

10. Allen B. Greenspan
    Criminalist, Broward County Sheriff's Office
    Crime Laboratory
    P.O. Box 9506
    Fort Lauderdale, FL 33301

11. Kathleen Skinner
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

12. John E. Countryman, ASAIC
    State Attorney's Office
    201 S. E. 6th Street
    Fort Lauderdale, FL

13. John Patterson, Esq. c/o Wicker Smith
    One East Broward Boulevard
    Fifth Floor
    Fort Lauderdale, FL

14. Audrey Reed, c/o Florida Department of Corrections

15. Mel Standley, Retired
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

16. Darron Castiglione, Retired

    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

17. Records Custodian, Clerk of the Circuit Court

18. J. Phillips
    City of Hollywood Police Department
    3250 Hollywood Boulevard
    Hollywood, FL 33021

19. All witnesses listed on the witness list by Plaintiff and Co-Defendant

20. All Rebuttal Witnesses

21. Defendant reserves the right to supplement the witness list

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this 23rd day of July 2001 to the above-named addresses and to: Hugh L. Koerner, Esq. 100 S.E. Sixth Street, Fort Lauderdale, FL 33301 and Bruce W. Jolly, Esquire, Purdy, Jolly & Giuffreda, P.A., 1322 S.E. Third Avenue, Fort Lauderdale, FL 33316.

    Respectfully submitted,

    DANIEL L. ABBOTT,
    CITY ATTORNEY
    City of Hollywood
    2600 Hollywood Boulevard, Suite 407
    Hollywood, Florida 33020
    Telephone: (954) 921-3435
    Telecopier: (954) 921-3081

    By: *Tracy A. Lyons*
    Tracy Lyons
    Assistant City Attorney
    Fla. Bar No. 0141585