UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6069-CIV-FERGUSON

MOSES HOPE,

    Plaintiff,

vs.

DAVID STRAUSS, individually, et al.,

    Defendants.
_____/



### DEFENDANTS' NOTICE OF PROPOSED VOIR DIRE

    The Defendants, STRAUSS and FERNANDEZ, through their undersigned attorneys, file this their Notice of Proposed Voir Dire and would propose the attachment which, by reference, is incorporated herein.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been hand-delivered to: **HUGH L. KOERNER,** attorney for Plaintiff, 100 S.E. Sixth Street, Fort Lauderdale, Florida 33301; and **DANIEL L. ABBOTT**, Esquire, City Attorney, 2600 Hollywood Boulevard, Suite 407, Hollywood, Florida 33020, this 20th day of July, 2001.

                  PURDY, JOLLY & GIUFFREDA, P.A.
                  Attorneys for Defendants STRAUSS &
                    FERNANDEZ
                  1322 S.E. Third Avenue
                  Fort Lauderdale, Florida 33316
                  Telephone (954) 462-3200
                  Telecopier (954) 462-3861

BY _____
                  BRUCE W. JOLLY
                  Fla. Bar No. 203637



## **VOIR DIRE**

1. Name.

2. Residence address.

3. Occupation/Employment/please describe duties.

4. Education (including spouse and adult children)

5. Experience as prior juror/prior jury duty/state or federal court/chosen as foreperson/civil or criminal?

6. Experience of the witness, i.e. testified before either in deposition or formal proceedings.

7. Involved in litigation as either a Plaintiff or a Defendant/describe.

8. Specialized training as a nurse, physical therapist, physician, health care technician, etc.

9. Specialized training in field of mental health/psychology/psychiatry?

10. Specialized training in law enforcement?

11. Family member in law enforcement?

12. Bad experience/good experience with law enforcement?

13. Family member arrested?

14. Special knowledge of practices of Hollywood Police Department?

15. Have any opinion reference police brutality or police excesses generally, or with specific reference to the City of Hollywood Police Department?

16. Familiar with or have opinion regarding unit within Hollywood Police Department commonly called "Street Crimes Unit"?

17. Are you a notary public for the State of Florida?

18. Observe any situation where you believed police overreacted or acted improperly? If so, describe.

19. Ever watch "police reality" television such as Cops, World's Scariest Police Chases, or the like? If so, what is your opinion?