FILED _____ D.C.

JUL 27 200[1]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### HONORABLE WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1. Case No. 00 - 6069    Date: 7/26/01
2. Style Hope v. Strauss, et al
3. Plaintiff's Counsel: Hugh Koerner
4. Defendant's Counsel: Bruce Jolly & Tracy Lyons
5. Type of Proceeding: Pretrial Conf. / Calendar Call
6. Result of hearing:    Motion Granted ☐    Motion Denied ☐
7. Case Continued to: _____ Trial Set for _____
8. Does the case require mediation? _____

Notes Hearing on Def. City's M/4 Partial SJ re: Counts II + III.

Settlement offer pending
* off 7/30 calendar
Change trial date to Sept./Oct. → π's counsel gave Court Writ of Habeas Corpus & Tes tificandum for certified copies

Law Clerk:    Tori Monroe
Courtroom Deputy: ~~Troy Walker~~ Delores MacIntosh
Courtroom Reporter: Stephen Franklin

53