UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

RECEIVED *JUL 27 20*, D.C.

Case No.: 00-6069-Civ-Ferguson/Snow

| | |
|---|---|
| MOSES HOPE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DAVID STRAUSS, individually, ANTHONY FERNANDEZ, individually, and the CITY OF HOLLYWOOD, a Florida Municipal corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:  ANY UNITED STATES MARSHAL, AND   DON GLADISH, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION, 3269 N.W. 105TH STREET, LOWELL, FLORIDA

It appearing from the petition of the Plaintiff that the Plaintiff in the above-styled cause, MOSES HOPE, DC # 095914, is confined at MARION CORRECTIONAL INSTITUTION, 3269 N.W. 105TH STREET, LOWELL, FLORIDA, and that this case is set for trial at the United States District Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Broward County, Florida, commencing in Courtroom 207A, on __October 7,_____, 2001, or as soon thereafter as the Plaintiff is returned to this Court, and that it is necessary for said Plaintiff to be before the Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said MOSES HOPE, now detained in custody as aforesaid, under safe and secure



conduct, before this Court at the United States District Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Broward County, Florida, Courtroom 207A, on or before October 7, _____, 2001, or as soon thereafter with all convenient speed, for trial in the above-styled cause, and upon completion of said proceeding that you return subject with all convenient speed, under safe and secure conduct, to the custody of the Superintendent of the aforesaid correctional institution.

And this is to command you, Don Gladish, the Superintendent of Marion Correctional Institution, 3269 N.W. 105th Street, Lowell, Florida, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said Plaintiff for safe and secure conduct to this district for the purpose aforesaid.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of July, 2001.

WILKIE D. FERGUSON, JR.
U. S. District Judge

Copies furnished:

James A. Tassone, U.S. Marshall
U.S. Marshall's Service
299 E. Broward Boulevard
Fort Lauderdale, FL 33301
Tel: 954/356-7256
Fax: 954/356-7088

Don Gladish, Superintendent
Marion Correctional Institution
3269 N.W. 105th Street
Lowell, FL 32663-0158
Tel: 352/401-6400
Fax: 352/840-5657

2

Hugh L. Koerner, Esq.
Attorney for Plaintiff
100 Southeast Sixth Street
Fort Lauderdale, FL  33301
Tel: 954/522-1235
Fax: 954/522-1176

Bruce W. Jolly, Esq.
Attorney for Defendants Strauss and Fernandez
Purdy, Jolly & Giuffreda, P.A.
1322 S.E. Third Avenue
Fort Lauderdale, FL  33316
954/462-3200
954/462-3861 (Fax)

Tracy A. Lyons, Esq.
Assistant City Attorney
City of Hollywood
2600 Hollywood Boulevard, Suite 407
Hollywood, FL  33020
Tel: 954/921-3435
Fax: 954/921-3081