UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MOSES HOPE,   CASE NO. 00-6069 CIV-Ferguson
              Magistrate Judge Lurana Snow

    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually
and the CITY OF HOLLYWOOD, a
Florida Municipal corporation

    Defendants.
_____/



## CITY OF HOLLYWOOD'S NOTICE OF CONFLICT

The Defendant, the CITY OF HOLLYWOOD, files this Notice of Conflict for the trial period beginning October 9, 2001 through October 19, 2001 with the following.

1.     Teresa Breadmore v. City of Hollywood
   Circuit Case No: 99-014615(08) Judge J. Leonard Fleet
   Trial Docket: October 1, 2001 through October 19, 2001

2.     Grace Naeem Uddin, Inc. v. City of Hollywood
   Circuit Case No.: 00-8386(13) Judge Leroy Moe
   Trial Docket: October 8, 2001 through October 19, 2001

3.     Susan Thomas v. City of Hollywood
   U. S. District Court Case No. 99-6878-CIV-Ryskamp
   Trial Docket: October 9, 2001 through October 19, 2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Conflict has been sent by

U.S. Mail to Hugh L. Koerner, Esquire, Hugh L. Koerner, P.A., 100 Southeast Sixth Street, Fort



CASE NO. 00-6069 CIV-Ferguson

Lauderdale, FL 33301 and Bruce W. Jolly, Esquire, Purdy, Jolly & Giuffreda, P.A., 1322 Southeast Third Avenue, Fort Lauderdale, FL 33316 on this \_\_15th\_\_ day of August, 2001.

Respectfully submitted,

DANIEL L. ABBOTT,
CITY ATTORNEY
City of Hollywood
2600 Hollywood Boulevard, Suite 407
Hollywood, Florida 33020
Telephone: (954) 921-3435
Telecopier: (954) 921-3081

By: *Tracy A. Lyons*
Tracy A. Lyons
Assistant City Attorney
Fla. Bar No. 0141585

S:hope\notofconflict3.doc.pc. 8.14.01