UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6069-Civ-Ferguson/Snow

MOSES HOPE, )
 )
    Plaintiff, )
 )
v. )
 )
DAVID STRAUSS, individually, )
ANTHONY FERNANDEZ, individually, )
and the CITY OF HOLLYWOOD, a )
Florida Municipal corporation, )
 )
    Defendants. )
_____)



### NOTICE OF RESOLUTION OF CLAIMS

**COMES NOW** the plaintiff, Moses Hope, by and through his undersigned attorneys, and hereby serves notice to this Honorable Court that the parties have resolved all claims in the above-styled cause. The parties anticipate that a proposed stipulation for order of dismissal with prejudice will be executed and filed with the Clerk of Court in not more than 15 - 20 days. Sufficient time is needed only to obtain the original signature of plaintiff Moses Hope, an incarcerated person. The appropriate paperwork has already been provided to the undersigned attorney by defendant City of Hollywood, and forwarded to plaintiff Moses Hope for execution.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was furnished by U.S. Mail to **Tracy A. Lyons, Esq.**, Assistant City Attorney, City of Hollywood, 2600 Hollywood Boulevard, Suite 407, Hollywood, FL 33020, and **Bruce W. Jolly, Esq.**, Purdy, Jolly & Giuffreda, attorneys for defendant Strauss, 1322 S.E. Third Avenue, Fort Lauderdale, Florida,



33316, this 30 day of August, 2001.

> HUGH L. KOERNER, P.A.
> Attorney for plaintiff
> 100 S.E. Sixth Street
> Fort Lauderdale, FL 33301
> (954) 522-1235
> (954) 522-1176 (Fax)
>
> By: _____
> Hugh L. Koerner
> Florida Bar No.: 716952