**CLOSED CIVIL CASE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MOSES HOPE,

Plaintiff,

vs.

DAVID STRAUSS, et al.,

Defendants.

Case No. 00-6069-CIV-FERGUSON

AUG

_____/

### ORDER DISMISSING CAUSE UPON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon the parties' Notice of Resolution of Claims dated August 30, 2001. Having duly considered the Notice and pertinent portions of the record it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice. The Court retains jurisdiction for sixty (60) days over this cause to enter judgment or final order of dismissal on the parties' filing of appropriate pleadings, and if necessary, to enforce settlement. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order.

**The case is closed.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 30th day of August, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Bruce Jolly, Esq.
Hugh Koerner, Esq.
Tracy Lyons, Esq.

