# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 00-6069 CIV-FERGUSON
**Magistrate Judge Snow**

MOSES HOPE,

      Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERNANDEZ, individually
and CITY OF HOLLYWOOD, a
Florida municipal corporation,

      Defendants.

_____/



## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO and stipulated to between Hugh L. Koerner, Esq.,

Attorney for the Plaintiff, MOSES HOPE, Tracy A. Lyons, Assistant City Attorney, Counsel for

the Defendant, CITY OF HOLLYWOOD, and Bruce Jolly, Esq., Attorney for Defendants,

DAVID STRAUSS and ANTHONY FERNANDEZ, and that the above cause of action is hereby

dismissed with prejudice on the grounds that the parties have reached an amicable agreement,

each party to bear its own costs and attorneys' fees.

TRACY A. LYONS, ESQ.
City Attorney's Office
City of Hollywood
2600 Hollywood Blvd., Room 407
Hollywood, FL 33020
Phone: (954) 921-3435
Fax:    (954)921-3081

Dated ___12/10/01___

HUGH L. KOERNER, ESQ.
HUGH L. KOERNER, P.A.
100 Southeast Sixth Street
Fort Lauderdale, FL  33301
Phone: (954) 522-1235
Fax:    (954) 522-1176

Dated ___12 / 1 · 01___

Page 1 of 2

Case No. 00-6069 CIV-Ferguson

_____

BRUCE JOLLY, ESQ.
Purdy, Jolly & Giuffreda, P.A.
1322 S.E. Third Avenue
Fort Lauderdale, FL  33316
Phone: (954) 462-3200
Fax:    (954) 462-3861


Dated_____