UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6069 CIV-~~FERNANDEZ~~
Magistrate Judge Snow

MOSES HOPE,

    Plaintiff,

v.

DAVID STRAUSS, individually,
ANTHONY FERANDEZ, individually,
and the CITY OF HOLLYWOOD, a
Florida municipal corporation,

    Defendants.
_____/



FILED by XPC D.C.
DEC 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL

THIS CAUSE having come on to be heard upon stipulation and agreement of Hugh L. Koerner, Esq., attorney for Plaintiff MOSES HOPE, Tracy A. Lyons, Assistant City Attorney, counsel for Defendant, CITY OF HOLLYWOOD, and Bruce Jolly, Esquire, attorney for Defendants, DAVID STRAUSS and ANTHONY FERNANDEZ, and the Court having reviewed the file, and being otherwise fully advised in the premises, it is herewith

ORDERED and ADJUDGED as follows:

1. The stipulation and agreement of Plaintiff, MOSES HOPE, and Defendants, CITY OF HOLLYWOOD, DAVID STRAUSS and ANTHONY FERNANDEZ and the same are herewith approved.

2. Any and all causes of action set forth in the above-captioned lawsuit against the CITY OF HOLLYWOOD, and DAVID STRAUSS and ANTHONY FERNANDEZ presently



pending before this Court, be and the same are herewith dismissed with prejudice as adjudications upon the merits, with each party to bear his, hers, or its own respective costs.

    3.    All liens, including but not limited to hospital liens and subrogated interests are to be paid by the Plaintiffs as provided for in the <u>General Release of All Claims</u>.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this \_\_\_\_ day of _____, 2001.

---
Wilkie D. Ferguson, Jr.
U.S. District Court Judge

Copies to:
    Tracy A. Lyons, Esq.
    Hugh L. Koerner, Esq.
    Bruce Jolly, Esq.